TO: PRO SE UNIT

Date: APRIL 3rd 2021

From: MALIK L BROWN 16A1000

RECEIVED APR 09 2021 U.S.D.C. W.P.

To: Whom this may concern I MALIK L BROWN sent a letter last month informing your office that my new address is 639 exchange st ATTICA NY 14011 AND any future mail should come to this address now I am reaching back out reguarding the status of my federal claim. specifically have the defendants been served? and if so was there any response or motions filed on their behalf I also would like to request a packet containing all motions pertaining to my claim please and thank you.

Sincerly, M.L.B
MALIK L BROWN
ATTICA CORRECTIONAL FACILITY
639 Exchange St
Attica NY. 14011

CC: Pro se unit

CC: MALIK L BROWN 16A1000



MALIK L. BROWN 16A1000
ATTICA CORRECTIONAL FACILITY
639 Exchange Street
ATTICA, NY 14011

Legal mail

USMS SDNY WP

PRO SE INTAKE UNIT
United States District Court
Southern District of New York
300 Quarropas Street
WHITE PLAINS, NY 10601

RECEIVED
APR 09 2021
U.S.D.C.
W.P.

NEOPOST 04/06/2021
US POSTAGE $000.51
FIRST-CLASS MAIL

Legal mail