UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
MALIK BROWN,                                          :
                                                      :    21 Civ. 214 (CS)
                Plaintiff,            :
                                                      :    **NOTICE OF APPEARANCE**
    - against -                                    :
                                                      :
STEPHEN URBANSKI, *et al.*,                           :
                                                      :
                Defendants.          :
------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that the undersigned attorney, duly admitted to practice in this Court, hereby appears as counsel on behalf of Deputy Superintendent of Security Stephen Urbanski, Correction Officer Issa Yunes, Correction Sergeant Joseph Deacon, Correction Officer Mark DelBianco, Deputy Superintendent of Administration Sharon Frost, Superintendent Emily Williams, Correction Officer Alexander Minard, Correction Officer Brendan Walsh, Nurse Danielle Cebron, Acting Commissioner Anthony Annucci ("Defendants") in the above-captioned action. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
        May 25, 2021

                                        LETITIA JAMES
                                        Attorney General
                                        State of New York
                                        <u>Attorney for Defendants</u>

                                        By: *s/ Brendan M. Horan*
                                        BRENDAN M. HORAN
                                        Assistant Attorney General
                                        28 Liberty Street, 18th Floor
                                        New York, New York 10005
                                        (212) 416-8973
                                        Brendan.horan@ag.ny.gov

cc: **BY MAIL**
     Malik L. Brown

DIN 16A1000
Attica Correctional Facility
639 Exchange Street
Attica, New York 14011