

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8973

May 27, 2021

**BY ECF AND ELECTRONIC MAIL**
The Honorable Cathy Seibel
United States District Judge
300 Quarropas Street
White Plains, New York 10601-4150
chambersnysdseibel@nysd.uscourts.gov

Re:   Brown v. Urbanski et al, SDNY 21 Civ. 214 (CS)

Dear Judge Seibel:

This Office represents Deputy Superintendent of Security Stephen Urbanski, Correction Officer Issa Yunes, Correction Sergeant Joseph Deacon, Correction Officer Mark DelBianco, Deputy Superintendent of Administration Sharon Frost, Superintendent Emily Williams, Correction Officer Alexander Minard, Correction Officer Brendan Walsh, Nurse Danielle Cebron, Acting Commissioner Anthony Annucci (collectively "Defendants") in the above-referenced action. I write to respectfully request a brief adjournment of the pre-motion conference currently scheduled for June 21, 2021.

Unfortunately, I have a previously scheduled vacation from June 21, 2021 through June 23, 2021, and I will not be available during that period. I am available on June 24, 25, 28, 29, 30, July 1, or July 2, 2021. I can provide further dates of availability upon request. Due to the difficulty in prompt communication with incarcerated pro se litigants, I am making this request without the knowledge of Plaintiff's position.

Accordingly, I respectfully request an adjournment of the pre-motion conference from June 21, 2021, to a subsequent date that is convenient for the Court.

Thank you for your consideration of the application herein.

Respectfully submitted,
 */s/ Brendan M. Horan*
Brendan M. Horan
Assistant Attorney General
Brendan.Horan@ag.ny.gov