UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIK BROWN,                                    21 cv-214 (CS)

            Plaintiff,              .      NOTICE OF MOTION

    - against -

STEPHEN URBANSKI, et al.,

            Defendants.



PLEASE TAKE NOTICE that I, Plaintiff MALIK L BROWN

request that the Court: Deny defendants motion to

dismiss Filed by (Counsel) Brendan M. Horan, representing,

defendants, STEPHEN URBANSKI, Issa Yunes,

Joseph Deacon, Mark DelBianco, Sharon Frost,

Emily Williams, Alexander Minard, Brendan Walsh,

  Danielle Cebron, Anthony Annucci Defendants

In the above-Captioned action I, ask that

this Court resume civil action in this case

For discovery and Jury purposes Document 24 filed 5/25/21 Page 2 of 3 By Counsel, Brendan M Horan, which Stated I failed to state a claim & lack of Jurisdiction, then States on the page that I made claims for violation of my eigth ammendment, also I argue the lack of Jurisdiction, for the Southern District Court of New York caters to the District that Fishkills falls in, I wasnt in the vicinity when I filed My suit, but I still filed suit with the rightful district Court for the county in which the incident took place I clearly stated the Personal Involvement, I stand behind my claim that defendants, are liable

For my assault by another Inmate, I understand that every Injury suffered by one Prisoner to another doesn't translate into Constitutional liability for Prison Officials but this does I clearly Stated how I was incarcerated under Conditions that Posed a Substantial risk of Serious harm and I clearly Stated how deffendant Showed deliberate Indifference towards my Safety as well as other Prisoners and all Staff along as well

My claim supports this it is the officers job to secure mechanical restraints which they did not my attacker is/was a known aggressor with a violent history at Fishkill Correctional Facility and was confined to SHU for a violent altercation with staff that resulted in a use of force so staff carelessly showed indifference when they failed to secure his restraints inmate was knowingly dangerous they put me in harm that alone established the conditions to the risk that was posed I was fully restrained in a yard

In the blistering heat with other fully restrained Inmates Officer Jones didn't have maze or a radio and my attacker was able to walk around for ten minutes straight with no waist chain on. Staff present didn't even notice that, then counsel for the deffendants Contradicted his statement by backing my argument/claim to deffendants motion use of force was not applied in good faith my attacker was subdued already I was on

my stomach bleeding profoundly from a cracked skull I was tapped on my shoulder I glanced then was sprayed, I backed the medical malpractice when I was kept in that yard battered bruised and sprayed for 36-37 min nurse Cebron wrote a false time of incident and treatment I had to go to St Lukes hospital twice. I ask the court to dismiss the motions for defendant depend on immunity status not fact I ask you resume this case into the discovery stage the video will back

6/13/2021 7:14 Pm

My Claim



RECEIVED
JUN 21 2021
U.S.D.C.
W.P.

Submitted by: Malik L Brown
16A1000 Plaintiff

Attica Correctional
Facility

Attica NY 10411-0149

CC: Brown 16A1000          Signature: M Brown
                                        cc: Pro se Intake
                                              unit



ATTICA CORRECTIONAL FACILITY
BOX 149
ATTICA, NEW YORK 14011-0149
NAME: Noah Brown   DIN: 16A1000

RECEIVED
JUN 21 2021
U.S.D.C.
W.P.

LEGAL MAIL

PRO SE INTAKE UNIT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE-300 QUARROPAS
WHITE PLAINS NY 10601 LEGAL M

ATTICA
CORRECTIONAL FACILITY

NEOPOST            FIRST-CLASS MAIL
06/15/2021
US POSTAGE $000.51°

ZIP 14011
041M11284163