UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIK. L. BROWN

_____

Write the full name of each plaintiff.

-against- see attached

STEPHEN URBANSKI
ISSA YUNES
JOSEPH DEACON
MARK DELBIANCO

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

No. 21 cv 214

(To be filled out by Clerk's Office)

FIRST
AMENDED
COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.



Rev. 5/6/16

ALEXANDER MINARD
BRENDAN WALSH
DANIELLE GEBRON
ANTHONY ANNUCCI

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

MALIK                    L                    BROWN
First Name              Middle Initial              Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

16A1000

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

ATTICA CORRECTIONAL FACILITY
Current Place of Detention

639 Exchange Street
Institutional Address

Attica                    NY                    14011-0149
County, City              State              Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:** STEPHEN   URBANSKI

First Name          Last Name                    Shield #

Deputy  Supt  of  Security

Current Job Title (or other identifying information)

(F.C.F) 271 Matteawan Rd P.O. Box 1245

Current Work Address

Beacon          NY          12508

County, City          State          Zip Code

**Defendant 2:** ISSA   YUNES

First Name          Last Name                    Shield #

Correctional  Officer

Current Job Title (or other identifying information)

(F.C.F.) 271 Matteawan Rd, P.O. Box 1245

Current Work Address

Beacon          NY          12568

County, City          State          Zip Code

**Defendant 3:** JOSEPH   DEACON

First Name          Last Name                    Shield #

Correction  Sergeant

Current Job Title (or other identifying information)

(F.C.F) 271 Matteawan Rd, P.O. Box 1245

Current Work Address

Beacon          NY          12508

County, City          State          Zip Code

**Defendant 4:** MARK   DELBIANCO

First Name          Last Name                    Shield #

Correctional  Officer

Current Job Title (or other identifying information)

F.C.F. 271 Mattewan Rd, P.O. Box 1245

Current Work Address

Beacon          NY          12508

County, City          State          Zip Code

Page 3

(NOTE:) I am Bringing my Claims against all Defendants under their Individual & proffessional Capacity.

Defendant: 5. Alexander Minard
               FIRST NAME      LAST NAME
Correctional OFFICER
     current job title
(F.C.F) 271 Matteawan Rd, P.O. Box 1245
    current work address
Beacon NY 12508
County, City    State    Zip code

Defendant: 6 Brendan Walsh
        Correctional officer
(F.C.F) 271 Matteawan Rd, P.O. Box 1245
Beacon NY 12508

Defendant: 7 DANIELLE Cebron
      Nurse at F.C.F
(F.C.F) 271 Matteawan Rd, P.O. Box 1245
Beacon NY 12508

Defendant: 8 Anthony Annucci
    Acting commissioner of Corrections
the Harriman State Campus Bldg 2 1220 Washington Ave
Albany, New York 12226-2050

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: 21 A keeplock Yard Fishkill Correctional Facility

Date(s) of occurrence: June 14th 2020

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On the above date and year While under/ in Mechanical restraints I was brutally assaulted by another inmate whom Mechanical restraints where comprimised/unsecure. I file this claim for the following Constitional violations 8th Amendment (Inadequate medical care, (overcrowding)/conditions of my confinement in part of the (deprivation) of my (basic necessity) (recreation) employee negligence/ failure to protect me from assault under their care and supervision unnecessary use of force the following defendants willfully turned blind to the elevated risk of such confinment due to 37 days mechanically restrained with several others in baking sun ① Stephan Urbanski (D.S.S.) deprived me of the right to excercise physically without issuing me any order as to why & How it became so that as a SHU inmate I'm not entitled an hour of unrestrained rec. I was put in substantial risk in a overcrowed yard mechanically subdued with several others ② Issa Yunes (C.O.) stood and watched my assault he did not attempt to administer any Oleoresin Capsicum spray this officer was close to my assault and did nothing to help me fend off my attacker/ prevent any further injury under his supervision I was left to fend for myself in a life or death situation ③ Joseph Deacon recreation supervisor along with C.O.s watched my assault from begging Page 4 to the end falsified the (UF) & (UoF) Sgt. Deacon gave staff an order to use for against and I



was the victim Mark Delbianco used unnecessary use of force and exposed my open wound's to the chamber of the oleorsin capsicum spray at the order of sgt. Deacon then lied on UOF to satisfy his actions Even telling two different accounts I was always the victim not the aggressor but unnecessary use of force was still used after the fact ⑤ Alexander Minard & ⑥ Brendan Walsh forseen the assault before I as well as sgt. Deacon but gave false report to cover up the negligence on their behalf those officers applied the restraints Ive had a arguement with 1,2,3,4,5,6. Prior to my assault officer's showed no care for my safety they all lied about the time & facts of incident to cover the corruption & negligence on there behalf ③ said my attacker's last name I was then immediately struck No staff activated their body cameras during to entire assault these officers negligently failed to secure a known violent inmate restraints and for over ten minutes let this offender roam the KL yard with no waist chains on →con

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

① 3cm laceration ⑧ scalp hairline ② swollen 7cm×7cm area ③ superficial abrasions ④ bilateral superficial elbow abrasions ⑤ 2 superficial abrasions ⑥ leg below knee ⑥ superficial abrasion ⑦ 3rd finger ⑦ 2 superficial abrasions ⑦ hand top wounds cleansed sent to outside hospital only to be sent back that night for ⑧ 1cm×0.1cm laceration ⑧ side of my head hospital refused to treat me

**VI.   RELIEF**

State briefly what money damages or other relief you want the court to order.

I seek $360,000 all together in Compensatory damages for the physical pain & suffering as well mental anguish & emotional suffering. as ongoing medical issues since this assault I've been prescribed numerous medications to help me cope as Im unsure of my future physical & mental state. $140,000 In punitive damages for the violation of my constitutional rights, I want a jury trial & to ensure nobody goes thru's this experience again I will never be the same MALIK.L.BROWN

Page 5

Continuation

This clear disregard for the safety of me or ██████ others could of caused my life the officers blindly and willingly ignored their training as an employee or agent of the goverment these individuals abandoned their duties which resulted in my assault the blatant negligence & disregard for the safety of prisoners under the supervision of those six for over ten minutes my attacker roamed the KL yard with no waist chains, how do you miss that transcript from the video state my assault was at 9:38 or some time the employees put the time of incident almost 30 mins after to satisfy the false reports I was given inadequate medical care

⑦ Danielle Corbron, (nurse) failed to properly examine me I wasn't brought to medical ██ until after 10:00 pm & I wasn't examined until 20 minutes after I went almost a hour untreated the seriousness of my injury were not taken seriously & nurse Corbron falsified reports to satisfy 1-6 ⟶ recollection of events that transpired I have documented evidence stating


RECEIVED
JUL 16 2021
U.S.D.C.
W.P.

(Continuation)

That this nurse didn't examine me multiple false reports were given to satisfy the negligence I was given inadequate care sent to the hospital & back to be sent back to the hospital the same night for an unseen, untreated head wound I wasn't treated by medical staff at F.C.F as someone in need of medical assistance I was seen as somebody who was left untreated to hide the wrongdoing.

⑧ Anthony Annucci. I bring claim against mr. Annucci for the failure to supervise & oversee the executive decisions that occured at F.C.F which led to these constitutional violations I was taken out of the (S.H.U) to be chained in KL yard with several others depriving me of my (8 amnd) right This is negligence on mr. Annucci's behalf as acting commissioner of corrections is a clear carelessness of his duties after my assault I was stuck in S.H.U with covid 19 patients then shipped out to

multiple boxes. I will never been the same mentally I daily struggle with the noise of keys, chains, cells, Im on multiple mental health medications, as well as presribed medial meds for increase blood pressure, & headaches till this day I get headaches that are so painful it feels like pressures on my Brain I have a stutter that Ive never had, Induced level of anxiety, paronoia, loss of sleep, appette, uses as well as uncontrolled emotional & mental fits my feeling of safety will never be the same my trust in people will never be the same when I wake up Im give 5 pills befor I sleep Im given 3 more this experience forever changed my life to the point I dont feel safe around my family Im forever mentally & emotionally scared and I need help daily to cope with this new me,

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

July 11th, 2021
Dated

Plaintiff's Signature

MALIK
First Name

L
Middle Initial

BROWN
Last Name

Attica Correctional facility 639 Exchange Street
Prison Address

Attica
County, City

NY
State

14011-0149
Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 7/11/2021

Page 6

FORM #2104A (3/16)
1 of 2
Rol. Directives #4004, #4944
(Prior To Completing Form,
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

**USE OF FORCE**
**STAFF MEMORANDUM**

| REPORTING STAFF | REPORTING STAFF |
|---|---|
| Name: B. Velez | Title: Correction Officer |
| FACILITY: Fishkill | Facility Use of Force: ▮▮▮▮▮ |
| Incident Date: 6/14/20 | |
| Incident Location: Keep Lock Yard | |
| Incident Time: 10⁰⁵ am | |

**I. REPORT OF INCIDENT**

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | |
|---|---|---|---|---|
| M. Brown | 16A1000 | KLO-7 | 05 | *01 Bystander<br>02 Participant<br>03 Perpetrator<br>04 Suspect<br>05 Victim<br>06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | |
|---|---|
| 1. B. Walsh | 5. |
| 2. M. Del Bianco | 6. |
| 3. T. Yunes | 7. |
| 4. A. Minard | 8. |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | |
|---|---|
| 1. B. Walsh | 5. J. Deacon |
| 2. M. Del Bianco | 6. B. Velez |
| 3. T. Yunes | 7. |
| 4. A. Minard | 8. |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.) I C.O B Velez on the above date and approximate time was responding to a Code 10 in the KeepLock Yard.

| | | | |
|---|---|---|---|
| B. Velez | B. Velez | C.O | 6/14/20 |
| REPORTER - Name | Signature | Title | Date |

Dist.: Original – Superintendent    Copy – Guidance Unit file(s) of inmate(s) involved

RECEIVED
JUL 16 2021
U.S.D.C.
W.P.

CONTINUED

FORM 2104A (3/16)
2 of 2
Ref. Directive #4004, #4944

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| TYPE OF FORCE USED | 99 | 01 Baton<br>02 Body Hold | 03 Chemical Agents<br>04 Mechanical Restraints | 05 Use of Firearms<br>06 Shield | 07 Strike<br>99 Other |
|---|---|---|---|---|---|

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by reporter; individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

Upon my arrival I observed several officers on the ground with an Inmate. I was directed by Sgt Deacon to remove Inmate Brown 16A1000 who was fully restrained out of area. I then assisted Inmate Brown to his feet and escorted him to the fence.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.) Due to extent of injury to Inmate Brown 16A1000 I C.O B.Velez then escorted Inmate Brown to the Rmu with no further incident

| B Velez | B.V.S | C.O | 6/14/20 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.:  Original – Superintendent      Copy – Guidance Unit file(s) of Inmate(s) involved

FORM #2104 (3/16)
Part A 1 of 2

Ref. Directives #4004, 4944
(Prior to Completing Form,
see Reverse for Instructions)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

# USE OF FORCE REPORT

| REPORTING STAFF | | REPORTING STAFF | |
|---|---|---|---|
| Name: | **J. Deacon** | Title: | **Sergeant** |
| **FACILITY:** Fishkill CF | **INCIDENT DATE:** 6/14/2020 | Facility Use of Force: ████████ | |
| **INCIDENT LOCATION:** Keep Lock Yard | **INCIDENT TIME:** 10:05AM | If Unusual Incident, CCC Log #: ████████ | |

## I. REPORT OF INCIDENT

INMATE(S) INVOLVED

| Name | DIN | Cell/Cube Locations | Role Code* |
|---|---|---|---|
| ████████ **Brown, Malik** | **16A1000** | **JH-OO-007** | **05** |

* 01 Bystander
02 Participant
03 Perpetrator
04 Suspect
05 Victim
06 Witness

IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)

| | | | |
|---|---|---|---|
| 1. M. DelBianco | | 5. | |
| 2. B. Walsh | | 6. | |
| 3. A. Minard | | 7. | |
| 4. I. Yunes | | 8. | |

IDENTIFY ALL STAFF PRESENT DURING THE UOF

| | | | |
|---|---|---|---|
| 1. Sgt. J. Deacon | | 5. I. Yunes | |
| 2. M. DelBianco | | 6. B. Velez | |
| 3. B. Walsh | | 7. | |
| 4. A. Minard | | 8. | |

DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and the inmate's response to that effort.)

On the above date at approximately 10:05 AM I was observing Keep Lock Rec. I heard a commotion and turned towards the area where the SHU inmates where on recreation and observed Inmate ████████ striking Inmate Brown, M. 16A1000 with his waist chain. Officer I. Yunes gave several orders to stop and inmate ████████ continued striking Inmate Brown knocking him to the ground. Officer A. Minard called a ████ was called to the Keep Lock Yard.

| J. Deacon | _signature_ | Sergeant | 6/14/2020 |
|---|---|---|---|
| REPORTER - Name | SIGNATURE | TITLE | DATE |

DISTRIBUTION: ORIGINAL - SUPERINTENDENT          COPY - GUIDANCE UNIT FILE(S) OF INMATE(S) INVOLVED

CONTINUED
FORM #2104 (3/16)
Part A 2 of 2

Ref. Directives #4004, 4944

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**USE OF FORCE REPORT**

There are __ __ other
reports filed under this
Use of Force Log #

| TYPE OF FORCE USED | 02 05 04 | 01 Baton | 03 Chemical Agents | 05 Use of Firearms | 07 Strike |
|---|---|---|---|---|---|
| | | 02 Body Hold | 04 Mechanical Restraints | 06 Shield | 08 Other |

DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED (This should include, but not be limited to, the following information if known by the reporter:
individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or
strike used; if chemical agent(s) was used, name of authorizing individual.)

Officer Yunes grabbed Inmate ████ around the upper body forcing him to the ground attempting to maintain
downward pressure with both hands on Inmate ████ back. Inmate ████ continued resisting and continued his
attack on Inmate Brown. I gave staff and order to use OC pepper spray. Officer DelBianco administered one
application of two one second bursts of OC pepper spray to Inmate ████ facial area from can ██ Officer Walsh
grabbed ahold of Inmate ████ legs pulling him off Inmate Brown and maintaining downward pressure on both legs
using his left hand on Inmate ████ left leg and right hand on his right leg. Officer DelBianco gained control of
Inmate ████ right shoulder by applying downward pressure to his right shoulder and Officer Minard gained control
of Inmate ████ by applying downward pressure to his left shoulder. Officer B. Velez was directed to assist Inmate
Brown to his feet and escort him over to the fence. Due to the severity of Inmate Brown's injuries I directed Officer
Velez to take him to the RMU for medical evaluation. Officer Yunes stood up and began directing the remaining SHU
inmates to stay back and face the wall. Officer Walsh released Inmate ████ legs to gain control of his left arm.
Officer Minard moved to the front of Inmate ████ and took control of the loose waist chain. I ordered Officer Minard
to remove Inmate ████ left arm from the mechanical restraints and Officer Walsh used his right hand and Officer
DelBianco used his left hand forced Inmates ████ left arm behind his back. Officer Minard removed the waist chain
from the mechanical restraints still attached to Inmate ████ right wrist. Officer DelBianco gained control of Inmate
████ right arm and forced Inmate ████ right arm behind his back. Officer DelBianco reapplied the mechanical
restraints to Inmate ████ left wrist. All force ceased.

DESCRIBE, IN DETAIL, ACTIONS TAKEN FOLLOWING THE UOF (This should include, but not be limited to, the following information: Description of any
injuries you sustained.)

Both Inmates were escorted to the RMU for medical assessment. Inmate Brown was medically assessed by RN
Cebron noting 1 ¼ inch laceration to his forehand, 2 ½ x 2 ½ swollen area to the back of his head and abrasions to his
hip, elbows, left leg and both hands. Inmate Brown was transported to St. Lukes Hospital via state van for further
medical assessment. Dr. Goldstein placed 4 staples to close the laceration on Inmate Brown's forehead. Inmate

| J. Deacon | [signature] | Sergeant | 6/14/2020 |
|---|---|---|---|
| REPORTER - Name | SIGNATURE | TITLE | DATE |

Dist: Original - Superintendent          Copy - Guidance unit file(s) of inmate(s) involved

FORM #2104A (3/16)
1 of 2
Ref. Directives #4004, #4944
(Prior To Completing Form,
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| REPORTING STAFF | REPORTING STAFF |
|---|---|
| Name: A. Minard | Title: C.O |

| FACILITY: Fishkill | Incident Date: 6-14-2020 | Facility Use of Force: ▓▓▓▓▓ |
|---|---|---|
| Incident Location: Keeplock Yard | Incident Time: 10⁰⁵ AM | |

### I. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander 02 Participant 03 Perpetrator 04 Suspect 05 Victim 06 Witness |
|---|---|---|---|---|
| S. Collins | 09A3791 | G-13 | 03 | |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | |
|---|---|
| 1. I Yunes | 5. |
| 2. A. Minard | 6. |
| 3. B. Walsh | 7. |
| 4. M. DelBrando | 8. |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | |
|---|---|
| 1. I Yunes | 5. B Velez |
| 2. A Minard | 6. J. Dracon |
| 3. B Walsh | 7. |
| 4. M. DelBianco | 8. |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.) On the above date and approximate time I officer Minard was working my post in the keeplock yard. I observed Inmate ▓▓▓▓▓ swinging his waistchain and striking Inmate Brown din# 16A▓▓▓▓. At this time officer I. Yunes and myself were giving multiple direct orders to Inmate ▓▓▓▓ to stop swinging his waistchain to which he refused. At this time a use of force ensued.

| A. Minard | A. M. | C.O | 6-14-2020 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.:  Original – Superintendent      Copy – Guidance Unit file(s) of inmate(s) involved

CONTINUED

FORM #2104 (3/16)
Part A 2 of 2

Ref. Directives #4004, #4044

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE REPORT

| TYPE OF FORCE USED | 02 | 01 Baton | 03 Chemical Agents | 05 Use of Firearms | 07 Strike |
|---|---|---|---|---|---|
| | | 02 Body Hold | 04 Mechanical Restraints | 06 Shield | 99 Other |

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by the reporter: Individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

I officer A. Minard observed officer I. Yunes grab a hold of Inmate ▮▮▮▮ body and force him to the ground. Once on the ground Inmate ▮▮▮ continued to fight with Inmate brown, at which time officer M. DelBianco administered O.C. pepper spray. I then took control of Inmate ▮▮▮ left shoulder by applying downward pressure with both of my hands. officer B. Walsh then took control of Inmate ▮▮▮▮' left shoulder as I took control of the waist chain attached to the mechanical restraints on Inmate ▮▮ wrists. I was then given a direct order from Sgt. J. Reccu to remove the waist chain from the mechanical restraints. I was then given a direct order to remove the mechanical restraints from Inmate ▮▮▮ left wrist. Once the mechanical restraint was removed officer M. DelBianco placed inmate ▮▮▮ right arm behind his back and officer Walsh assisted in re-applying the mechanical restraints to Inmate ▮▮▮ left wrist behind his back. Once the mechanical restraints were re-applied all force ceased.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| A. Minard | A. Min (signature) | C.O. | 6-14-2020 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist: Original-Superintendent          Copy-Guidance unit file(s) of inmate(s) involved

FORM #2104A (3/16)
1 of 2
Ref. Directives #4004, #4944
(Prior To Completing Form,
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| REPORTING STAFF | REPORTING STAFF |
|---|---|
| Name: M. DELBIANCO | Title: C.O |
| FACILITY: FISHKILL    Incident Date: 6-14-20 | Facility Use of Force: ▮▮▮▮ |
| Incident Location: Keep Lock Yard    Incident Time: APPROXIMATELY 10:15 AM | |

### I. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | | | | *01 Bystander |
| Brown, M | 16A1000 | O-7 | 05 | 02 Participant |
| | | | | 03 Perpetrator |
| | | | | 04 Suspect |
| | | | | 05 Victim |
| | | | | 06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | | | |
|---|---|---|---|
| 1. M. DELBIANCO | | 5. | |
| 2. B. WALSH | | 6. | |
| 3. A. MINARD | | 7. | |
| 4. I. YUNES | | 8. | |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | | | |
|---|---|---|---|
| 1. SGT. DEACON | | 5. A. MINARD | |
| 2. R. VELEZ | | 6. I. YUNES | |
| 3. M. DELBIANCO | | 7. | |
| 4. B. WALSH | | 8. | |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.) ON THE ABOVE DATE AND APPROXIMATE TIME I, CO DELBIANCO, RESPONDED TO A CODE 10 IN THE KEEPLOCK YARD. UPON ARRIVAL I, CO DELBIANCO, OBSERVED CO MINARD AND CO YUNES ON THE GROUND ATTEMPTING TO GAIN COMPLIANCE OF INMATE BROWN 16A1000 AND INMATE ▮▮▮▮▮▮ WHO APPEARED TO BE FIGHTING ON THE GROUND.

| M. DELBIANCO | [signature] | C.O | 6-14-20 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.:  Original – Superintendent          Copy – Guidance Unit file(s) of inmate(s) involved

CONTINUED

FORM 2104A (3/16)
2 of 2
Ref. Directive #4004, #4944

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| TYPE OF FORCE USED | 02 07 03 | 01 Baton | 03 Chemical Agents | 05 Use of Firearms | 07 Strike |
|---|---|---|---|---|---|
| | | 02 Body Hold | 04 Mechanical Restraints | 06 Shield | 99 Other |

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by reporter; individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

AS DIRECTED By SGT DEACON I. CO DELBIANCO DISPENSED 1 APPLICATION
OF OC SPRAY CONTAINING 2 1 SECOND BURST FROM CANNISTER 80 THE OC
SPRAY HAD ITS DESIRED EFFECT ON BOTH INMATES AT THIS TIME CO MINAND MAINTAINED
CONTROL OF INMATE ____ LEFT SHOULDER AS I. CO DELBIANCO APPLIED DOWNWARD
PRESSURE ON INMATE ____ RIGHT SHOULDER WITH BOTH HANDS. SGT DEACON THEN
DIRECTED CO MINAND TO REMOVE INMATE ____ LEFT HANDOFF TO BE RE-APPLIED
BEHIND HIS BACK. AT THIS TIME I ASSISTED CO WAISM WITH BRINGING INMATE
____ LEFT ARM BEHIND HIS BACK USING MY LEFT HAND. USING MY RIGHT
HAND I GAINED CONTROL OF INMATE ____ RIGHT ARM AND BROUGHT IT
BEHIND HIS BACK AND APPLIED MECHANICAL RESTRAINTS TO INMATE ____
LEFT WRIST. All FORCE CEASED AT THIS TIME.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

| M. DELBIANCO | | | C.O | 6-14-20 |
|---|---|---|---|---|
| REPORTER – Name | Signature | | Title | Date |

Dist.: Original – Superintendent        Copy – Guidance Unit file(s) of inmate(s) involved

FORM #2104A (3/16)
1 of 2
Ref. Directives #4004, #4944
(Prior To Completing Form,
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| REPORTING STAFF | REPORTING STAFF |
|---|---|
| Name: I. Yunes | Title: Correction Officer |

| FACILITY: Fishkill | Incident Date: 6-14-20 | Facility Use of Force: ▮▮▮▮▮▮ |
|---|---|---|
| Incident Location: Keeplock Yard | Incident Time: Approx. 10:05 AM | |

### I. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander |
|---|---|---|---|---|
| M. Brown | 16A1000 | KLO #7 | 05 | 02 Participant 03 Perpetrator 04 Suspect 05 Victim 06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | | | |
|---|---|---|---|
| 1. A. Minard | | 5. | |
| 2. B. Walsh | | 6. | |
| 3. M. DelBianco | | 7. | |
| 4. I. Yunes | | 8. | |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | | | |
|---|---|---|---|
| 1. A. Minard | | 5. J. Deacon | |
| 2. B. Walsh | | 6. I. Yunes | |
| 3. M. DelBianco | | 7. | |
| 4. B. Velez | | 8. | |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)

On the above date and approximate time, I Officer Yunes observed Inmate ▮▮▮▮▮ striking Inmate Brown #16A1000 with his waist chain. As I approached them, I gave them several direct orders to get on the ground but Inmate ▮▮▮▮▮ continued to swing his chain.

| I. Yunes | [signature] | CO | 6-14-20 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.: Original – Superintendent    Copy – Guidance Unit file(s) of inmate(s) involved

CONTINUED

FORM 2104A (3/16)
2 of 2
Ref. Directive #4004, #4944

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| TYPE OF FORCE USED | 02 | 01 Baton<br>02 Body Hold | 03 Chemical Agents<br>04 Mechanical Restraints | 05 Use of Firearms<br>06 Shield | 07 Strike<br>99 Other |

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by reporter; individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

I then grabbed Inmate ▮▮▮▮▮ by putting my arms around his upper body and forced him to the ground. Continuing to apply pressure to his upper body with my hands. When response arrived I observed Officer Minard take control of Inmate ▮▮▮ by applying downward pressure on his left shoulder. I removed myself off Inmate ▮▮▮ and directed all other inmates in the Keeplock Yard to step away and face the wall.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| REPORTER – Name | Signature | Title | Date |
| I. Yunes | [signature] | CO | 6-14-20 |

Dist.: Original – Superintendent       Copy – Guidance Unit file(s) of inmate(s) involved

FORM #2104A (3/16)
1 of 2
Ref. Directives #4004, #4944
(Prior To Completing Form,
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other reports filed under this Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| REPORTING STAFF | REPORTING STAFF |
|---|---|
| Name: B Walsh | Title: Correction Officer |
| FACILITY: FishKill | Facility Use of Force: ▓▓▓▓▓▓ |
| Incident Date: 6/14/2020 | |
| Incident Location: KeeDlocK Yard | Incident Time: Approx 10:05Am |

### I. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander<br>02 Participant<br>03 Perpetrator<br>04 Suspect<br>05 Victim<br>06 Witness |
|---|---|---|---|---|
| Brown, M | 16 A 1000 | O-7 | 05 | |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | |
|---|---|
| 1. B Walsh | 5. |
| 2. M DelBianco | 6. |
| 3. I Yunes | 7. |
| 4. A Minard | 8. |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | |
|---|---|
| 1. B Walsh | 5. B Velez |
| 2. M Del Bianco | 6. Sgt Deacon |
| 3. I Yunes | 7. |
| 4. A Minard | 8. |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.) On the above date and approximate time while working KLS 2 I responded to a ▓▓▓▓▓▓ in the Keeplock Yard. Upon arrival I observed Inmate ▓▓▓▓▓▓ swinging his waist chain multiple times at Inmate Brown 16 A 1000

| REPORTER – Name | Signature | Title | Date |
|---|---|---|---|
| B Walsh | B Walsh | CO | 6/14/2020 |

**Dist.:  Original – Superintendent      Copy – Guidance Unit file(s) of inmate(s) involved**

CONTINUED

FORM 2104A (3/16)
2 of 2
Ref. Directive #4004, #4944

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| TYPE OF FORCE USED | 02 | 01 Baton<br>02 Body Hold | 03 Chemical Agents<br>04 Mechanical Restraints | 05 Use of Firearms<br>06 Shield | 07 Strike<br>99 Other |
|---|---|---|---|---|---|

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by reporter; individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

As I approached the Inmates I observed, Inmate ▇▇▇▇ on top of
Inmate Brown appearing to fight. I grabbed both of Inmate ▇▇▇▇ legs
with both my hands and pulled him off of Inmate Brown I
maintained downward pressure with my left hand on his left leg and
downward pressure with my right hand on his right leg. I then
moved to his left side and assisted CO DelBianco in bringing his
left arm behind his back I maintained control of his left wrist
with my right hand as CO DelBianco brought his right arm behind
his back and mechanical restraints were applied by CO DelBianco.
All force ceased at this time.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| B Walsh | B Walsh | CC | 6/14/2020 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.:  Original – Superintendent      Copy – Guidance Unit file(s) of inmate(s) involved

FORM 3105 (11/11)     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name | DIN | Date of Birth | Facility Name |
|---|---|---|---|
| Brown | 16A1000 | 12/27/97 | FCF |

**Subjective:** UOF
per security im hit over head
c chains by another inmate

Last Name Brown
DIN 16A1000  Location CC

**Objective:** 99.4  77HR  16resp  99%  140/90  Date 6/14/20  Time 10:20A
NAD noted A+Ox3  Agitated
Bleeding from (R) scalp area cleansed c NS

Provider Orders:

**Assessment:**
① 3cm lac (R) scalp hairline ② swelling (7cm x 7cm)
③ 2 superficial abrasions ④ bilateral superficial
abrasions on elbows ⑤ 2 superficial
**Plan:** abrasions below (L) knee ⑥ superficial ⑦
abrasion (R) 3rd finger tip ⑦ 2
superficial abrasions top (L) hand


Anterior   Posterior

Signature/Provider #  ↓  ↓  ↓ _____  RN Transcribing Order/Provider #/Date/Time

---

**Subjective:** Cleansed areas c NS
ø active bleeding dsd applied
T/O Dr. Hasen

Last Name _____
DIN _____  Location _____

**Objective:** send to St. Lukes by van
watch commander made
aware.
Date _____  Time _____
Provider Orders: No out Time

**Assessment:** im wrists wrapped in clean gauze
c tape per previous AHR possible adverse
reaction to handcuffs.
**Plan:** Ambulatory to State van.

Signature/Provider # _____ 677  RN Transcribing Order/Provider #/Date/Time

---

**Subjective:** Return from OSH
4 staples in place
NAD noted A+Ox3

Last Name Brown
DIN 16A1000  Location CC
Date 6/14/20  Time 3:15

**Objective:** T/O Dr. Hasen
Admit to infirm 72hr

Provider Orders:

**Assessment:** quarantine
continue current meds

**Plan:**

RECEIVED
JUL 16 2021
U.S.D.C.
W.P.

Signature/Provider # _____ 677  RN Transcribing Order/Provider #/Date/Time

Continue entry into next box if necessary.

FORM 3105 (11/11)     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name | DIN | Date of Birth | Facility Name |
|---|---|---|---|
| Brown. M | 16A1000 | 12/27/92 | F.C.F |

**Subjective:** 27 yr old pt came from c.c. S/p hospital visit / legal injury to 8200. Report received from

Last Name Brown. M
DIN 16A1000   Location 8200
Date 06/14/20   Time 5 30 p

**Objective:** the clinic nurse Cebron. RN. As per

**Provider Orders:**

**Assessment:** the nurse. Pt refused to go to infirmary. Pt AAOX3 breathing normal no resp. dist or SOB noticed. Lung sound clear. Pt ambulate freely, able to open mouth widely and bend on hip level. Pt have 4 staples on the frontal area (scalp)

**Plan:**

Signature/Provider # _____   RN Transcribing Order/Provider #/Date/Time

---

**Subjective:** Pt denies any pain or discomfort ∅ active bleeding noticed. ∅ S/s infection

Last Name Brown. M
DIN 16A1000   Location 8200
Date 06/14/20   Time 5 30 p

**Objective:** As per pt ∅ other counsel present. omit made aware. Pt denies any suicidal or homicidal ideation. Explained s/c policy. Pt verbalize understanding

**Provider Orders:**

**Assessment:**

**Plan:** Pt placed on the quarantine side. Will continue monitoring Pt vs. - T-98 P- 98 R-18 Bp-134/89 PO2-100

Signature/Provider # Night 249   RN Transcribing Order/Provider #/Date/Time

---

**Subjective:** Second ESC TRIP Hospital. officer came to Nsy office and said IM bleeding from his head. went

Last Name Brown . M
DIN 16A1000   Location 8200
Date 06/14/20   Time 8pm

**Objective:** over pt is sitting on the bunk check Pt head. found 1cm x 0.1cm laceration on the (R) side of the scalp

**Provider Orders:**

**Assessment:** ∋ ∅ active bleeding noticed. pt said " I feel itching on my scalp, I scratched my self. then I noticed that blood is coming out " Clean the area c

**Plan:** NS and covered c gauze. Called on call Dr made aware. Pt vs: T-98 . P- 94 R-19 Bp- 134/88 PO2 100%

Signature/Provider # meg heena   RN Transcribing Order/Provider #/Date/Time

Continue entry into next box if necessary.

FORM 3105 (11/11)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name Brown M | DIN 16A1000 | Date of Birth 12/27/92 | Facility Name F.C.F. |
|---|---|---|---|

**Subjective:** T/o Dr. Hann

Last Name Brown. M
DIN 16A1000   Location R200

**Objective:** Sett pt to St. Lukes Hsp
by van

Date 06/14/20   Time 8pm

Provider Orders:

**Assessment:** coach commander made aware, A/o for transportation

**Plan:**

Signature/Provider # Marthup _____ RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:**

Pt transported to St. Lukes Hsp

Last Name Brown. M
DIN 16A1000   Location R200

**Objective:** report given to the ER

Date 06/14/20   Time 9⁰⁰pm

Provider Orders:

**Assessment:** hurn

**Plan:**

Signature/Provider # Merthon _____ RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:**

Last Name _____
DIN _____   Location _____

**Objective:**

Date _____   Time _____

Provider Orders:

**Assessment:**

**Plan:**

Signature/Provider # _____ RN Transcribing Order/Provider #/Date/Time _____

Continue entry into next box if necessary.

```
PAGE   1                       STATE OF NEW YORK              PRINTED AT
             DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION   08/28/20  12:55 PM
                         UNUSUAL INCIDENT REPORT
```

FISHKILL KEEPLOCK                    ███████████████████████████

INCIDENT DATE  06/14/20  TIME 10:05 AM  LOCATION  YARD

TELEPHONE DATE  06/14/20  TIME 05:09 PM

     PERSON CALLING      LT    T. DACOSTA
     PERSON RECEIVING    CAPT  ███████ FRENYA

REPORT DATE     08/26/20      PERSON REPORTING CIV   D. MAUME

    USE OF FORCE  YES    WEAPON USED  YES    WORKPLACE VIOLENCE  YES

*******************************************************************************

ASSAULT              ████████      STAFF USE OF WEAPONS    ████████
ON INMATE                          OC PEPPER

*******************************************************************************

DESCRIPTION:

OFFICER YUNES WAS SUPERVISING INMATES ████████████ AND
BROWN #16A1000 (JH-00-007) IN THE 21A KEEP LOCK YARD. BOTH INMATES WERE
IN THE YARD WITH MECHANICAL WRIST RESTRAINTS AND WAIST CHAINS ON.  INMATE
████████ WAS ABLE TO SLIP OUT OF THE WAIST CHAIN.  INMATE ████████ STARTED
SWINGING THE WAIST CHAIN STRIKING INMATE BROWN IN THE UPPER BODY AREA
APPROXIMATELY (14) TIMES. INMATE BROWN FELL TO THE GROUND AND ATTEMPTED TO
DEFEND HIMSELF BY KICKING HIS LEGS TOWARDS INMATE ████████ INMATE
CONTINUED SWINGING THE WAIST CHAIN AND STRIKING INMATE BROWN.  OFFICER
YUNES GAVE BOTH INMATES DIRECT ORDERS, WHICH THEY DID NOT COMPLY.  OFFICER
MINARD OBSERVED THE COMMOTION AND USED HIS PAS RADIO TO CALL FOR A CODE,
THE AREA SUPERVISOR SERGEANT DEACON RESPONDED.

*******************************************************************************

EVENTS CAUSING:

WHILE IN THE 21A KEEP LOCK YARD INMATE ████████ WAS ABLE TO SLIP OUT OF THE
WAIST CHAIN AND STARTED SWINGING THE WAIST CHAIN STRIKING INMATE BROWN IN
THE UPPER BODY AREA APPROXIMATELY 14 TIMES.

*******************************************************************************



```
PAGE   2                          STATE OF NEW YORK             PRINTED AT
                    DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION   08/28/20  12:55 PM
                              UNUSUAL INCIDENT REPORT
```

FISHKILL KEEPLOCK                 ██████████████████████████████████

                                  ██████████████████████████

INCIDENT DATE    06/14/20   TIME 10:05 AM   LOCATION   YARD

     USE OF FORCE   YES         WEAPON USED   YES      WORKPLACE VIOLENCE  YES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ACTION TAKEN:

OFFICERS DELBIANCO, MINARD, VELEZ AND WALSH RESPONDED.  OFFICER DELBIANCO
APPLIED 1 APPLICATION OF O/C PEPPER SPRAY CONSISTING OF 2-1 SECOND BURSTS
FROM CANISTER ████ TO INMATE BROWN AND ████████ FACIAL AREA.  THE PEPPER
SPRAY HAD THE DESIRED EFFECT ON INMATE BROWN.  OFFICER VELEZ WAS ABLE TO
MAINTAIN CONTROL OF INMATE BROWN AND ASSIST HIM TO HIS FEET.  INMATE
████████ CONTINUED TO RESIST, OFFICERS DELBIANCO AND YUNES USED BODY HOLDS
APPLYING DOWNWARD PRESSURE TO MAINTAIN CONTROL OF INMATE ██████ UPPER
BODY.  OFFICER WALSH USED BODY HOLDS TO MAINTAIN CONTROL OF INMATE ██████
LEGS.  OFFICER MINARD WAS ABLE TO USE BODY HOLDS TO REMOVE THE MECHANICAL
WRIST RESTRAINT FROM INMATE ██████ LEFT WRIST TO REMOVE THE WAIST CHAIN.
OFFICER DELBIANCO TOOK CONTROL OF INMATE ██████ RIGHT ARM AND FORCED IT
BEHIND HIS BACK.  OFFICER WALSH RELEASED ██████ LEGS AND ASSISTED
DELBIANCO BY FORCING ██████ LEFT ARM BEHIND HIS BACK.  OFFICER DELBIANCO
REAPPLIED MECHANICAL WRIST RESTRAINTS TO HIS LEFT WRIST.  ALL FORCE CEASED.
OFFICERS DELBIANCO AND WALSH ASSISTED INMATE ██████ TO HIS FEET.  BOTH
INMATES WERE TAKEN TO THE FACILITY'S RMU FOR DECONTAMINATION PER DIRECTIVE
4903 AND MEDICAL ASSESSMENT.  NURSE HOEFLING EXAMINED BOTH INMATES AND
DOCUMENTED THE FOLLOWING INJURY: INMATE BROWN SUFFERED A 1 1/4 INCH
LACERATION TO HIS FOREHEAD, 2 1/2 INCH BY 2 1/2 INCH SWOLLEN AREA IN BACK
OF HIS HEAD AND SUPERFICIAL ABRASIONS ON HANDS, ELBOWS AND LEGS.  INMATE
BROWN WAS TRANSPORTED TO ST. LUKE'S HOSPITAL EMERGENCY ROOM VIA STATE VAN
FOR FURTHER MEDICAL ASSESSMENT.  INMATE ████████████████████████████████████

████████████████████████████████████████████████████████████████████████

SERGEANT DEACON HAD INMATES ██████████████ AND BROWN (JH-OO-007) CELLS
SEARCHED NO REPORTED CONTRABAND FOUND.  INMATE ██████ REMAINED IN CELL
████.  BOTH INMATES REMAINED ON KEEP LOCK STATUS.  INMATE BROWN
RECEIVED FOUR (4) STAPLES TO CLOSE THE WOUND BY DR. GOLDSTEIN AT ST. LUKE'S
HOSPITAL.  INMATE BROWN WAS ADMITTED (HS-2W-S06).  O/C PEPPER SPRAY CANISTER
████ WAS TAKEN OUT OF SERVICE AND PLACED IN THE FACILITY'S ARSENAL PER
DIRECTIVE 4903.  DIGITAL PHOTOS WERE TAKEN.  ALL PAPERWORK WAS SUBMITTED.
OD DSP WOOD NOTIFIED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PAGE   3                          STATE OF NEW YORK                  PRINTED AT
              DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION     08/28/20  12:55 PM
                           UNUSUAL INCIDENT REPORT

FISHKILL KEEPLOCK                 ███████████████████████████████████

                                  ██████████████████████

INCIDENT DATE   06/14/20   TIME 10:05 AM   LOCATION   YARD

        USE OF FORCE   YES        WEAPON USED   YES        WORKPLACE VIOLENCE   YES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MEDICAL REPORT:

    INMATE BROWN HAD A 3CM LACERATION ON THE RIGHT SCALP PROXIMAL TO HAIRLINE,
    SWOLLEN AREA ON THE BACK SIDE OF BASE OF HES HEAD 7CM X 7CM, 2 SUPERFICIAL
    ABRASIONS 1CM X 1CM, BILATERAL SUPERFICIAL ABRASIONS ON ELBOWS, 2
    SUPERFICIAL ABRASIONS BELOW LEFT KNEE, SUPERFICIAL ABRASION RIGHT 3RD
    FINGER TIP, 2 SUPERFICIAL ABRASIONS LEFT HAND TOP PROXIMAL TO DIGITS.
    INMATE ██████████████████████████████████████████████████████████████
    █████████████████████████████████████████████████

   (D. CEBRON)              /NURSE                    06/14/20  (10:20 AM)
 *theofling or ↑*       EXAMINER NAME/TITLE              EXAM DATE/TIME


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PROPERTY DAMAGE:

   N/A


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTIFICATION (FAMILY):

   N/A   *DIDNT contact my family*

NOTIFICATION (POLICE/OTHER):

   N/A

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO. FCF #0159-20 | | DATE FILED June 18, 2020 |
|---|---|---|---|
| | FACILITY FISHKILL CORRECTIONAL FACILITY | | POLICY DESIGNATION Institutional |
| **INMATE GRIEVANCE PROGRAM** | TITLE OF GRIEVANCE Failure to Protect | | CLASS CODE #50 |
| **SUPERINTENDENT** | SUPERINTENDENT'S SIGNATURE E. Williams, A/Supt | | DATE July 22, 2020 |
| GRIEVANT BROWN, M. | DIN #16A1000 | | HOUSING UNIT 0S-C1-22B |

Grievant's action requested is denied with clarification.

Grievant is advised that an investigation has been conducted by the Captain's Office. It was revealed that grievant was assaulted in the keep lock yard on 6/14/20 by another inmate. Significant staff responded as expeditiously as possible, and force was required to stop the assault. The assault was documented in an Unusual Incident and Use of Force in accordance with Departmental policy. An inmate serving a SHU sanction is required to be in restraints while in the keep lock yard per the DSS, and a restraint order was issued. It is noted that restraints are applied per DOCCS policy and every precaution is taken to make sure restraints are not compromised.

*I was never issued a depravation vlr & a shu inmate is entitled to an hour rec I was suppose to be in the SHU*

xc: DSS Urbanski (w/case file)

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

*Staff Present Sgt and watch the assault for five minutes van immorite serving sho is entitled to an hour of recreation that does not mean full restraints. M. Brown 7/27/20*

GRIEVANT'S SIGNATURE                         DATE

GRIEVANCE CLERK'S SIGNATURE                  DATE

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).
FORM 2133 (02/15)

ATTICA CORRECTIONAL FACILITY
BOX 149
ATTICA, NEW YORK 14011-0149
NAME: Mark Brown   DIN: 16A1000

Legal Mail

RECEIVED
USDC SDNY

CORRECTIONAL FACILITY ☆ ATTICA

NEOPOST
07/13/2021
US POSTAGE $000.71°
FIRST-CLASS MAIL
ZIP 14011
041M11284163

PRO SE INTAKE UNIT
United States District Court
Southern District of New York
300 QUARROPAS Street
WHITE PLAINS, NY 10601

Legal Mail

10601284140 C0D4

---

ATTICA CORRECTIONAL FACILITY
BOX 149
ATTICA, NEW YORK 14011-0149
NAME: Mark Brown   DIN: 16A1000

Legal Mail

RECEIVED
JUL 16 2021
U.S.D.C.
W.P.

CORRECTIONAL FACILITY ☆ ATTICA

NEOPOST
07/13/2021
US POSTAGE $000.91°
FIRST-CLASS MAIL
ZIP 14011
041M11284163

PRO SE INTAKE UNIT
United States District Court
Southern District of New York
300 QUARROPAS Street
WHITE PLAINS, NY 10601

Legal Mail

10601284140 C0D4

---

ATTICA CORRECTIONAL FACILITY
BOX 149
ATTICA, NEW YORK 14011-0149
NAME: Mark Brown   DIN: 16A1000

RECEIVED
USA SDNY

CORRECTIONAL FACILITY ☆ ATTICA

NEOPOST
07/13/2021
US POSTAGE $000.71°
FIRST-CLASS MAIL
ZIP 14011
041M11284163

PRO SE INTAKE UNIT
United States District Court
Southern District of New York
300 QUARROPAS Street
WHITE PLAINS, NY 10601

Legal Mail

10601284140 C0D4