TO: Pro Se Intake Unit

8/8/21

From: MALIK L Brown
11eA1000
Attica Correctional Facility
Attica, NY 14011-0149

RECEIVED AUG 12 2021 U.S.D.C. W.P.

I, Malik Brown, am reaching out to your unit in reguards to my amended complaint filed last month. I met demands before deadline of 7/21/21 but I have yet to be notified on wheather it has been recieved. I'm requesting an update regarding this issue please & thank you.

21CV214

M Brown

CC: Malik Brown
11eA1000

CC: Pro Se Intake Unit

Malik Braun 14A1000
Attica Correctional Facility
1039 Exchange St
Attica, NY 14011-0149

Legal mail

**RECEIVED**
AUG 12 2021
U.S.D.C.
W.P.

ATTICA

NEOPOST
08/09/2021
US POSTAGE $000.51
FIRST-CLASS MAIL
ZIP 14011
041M11284163

Pro Se Intake
United States District Court
Southern District of New York
300 Quarropas Street
White Plains NY 10601

CORRECTIONAL FACILITY
C.C. Braun 14A1000