

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8973

August 16, 2021

**BY ECF AND ELECTRONIC MAIL**
The Honorable Cathy Seibel
United States District Judge
300 Quarropas Street
White Plains, New York 10601-4150
chambersnysdseibel@nysd.uscourts.gov

*Application granted. Motion due 8/24/21. Opposition due 9/23/21. Reply due 10/13/21. The Clerk of Court is respectfully directed to send a copy of this endorsement to Plaintiff.*

SO ORDERED.

*[signature]* 8/16/21
CATHY SEIBEL, U.S.D.J.

Re:   Brown v. Urbanski et al, SDNY 21 Civ. 214 (CS)

Dear Judge Seibel:

    This Office represents Deputy Superintendent of Security Stephen Urbanski, Correction Officer Issa Yunes, Correction Sergeant Joseph Deacon, Correction Officer Mark DelBianco, Deputy Superintendent of Administration Sharon Frost, Superintendent Emily Williams, Correction Officer Alexander Minard, Correction Officer Brendan Walsh, Nurse Danielle Cebron, Acting Commissioner Anthony Annucci (collectively "Defendants") in the above-referenced action.  I write to respectfully request a one week extension of the dates in the Defendants' motion to dismiss briefing schedule as follows:

Defendants' Motion to Dismiss from August 17, 2021 to August 24, 2021;
Plaintiff's opposition from September 16, 2021 to September 23, 2021; and
Defendants' reply from October 6, 2021 to October 13, 2021.

    I am respectfully requesting the above extension because I have been experiencing technical issues affecting internet connectivity, and therefore need additional time to prepare an appropriate response to the Amended Complaint.

    This is the Defendants' first request for an extension of the briefing schedule.  The extension will not affect any other dates.  Due to the difficulty in prompt communication with incarcerated pro se litigants, I am making this request without the knowledge of Plaintiff's position.

Thank you for your consideration of the application herein.

                                                Respectfully submitted,

                                                *S/ Brendan M. Horan*
                                                Brendan M. Horan
                                                Assistant Attorney General
                                                Brendan.Horan@ag.ny.gov