UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MALIK L. BROWN,

                                 Plaintiff,

            - against -                         Case No. 21 Civ. 214 (CS)

STEPHEN URBANSKI, ISSA YUNES, JOSEPH      **NOTICE OF MOTION**
DEACON, MARK DELBIANCO, ALEXANDER
MINARD, BRENDAN WALSH, DANIELLE CEBRON,
ANTHONY ANNUCCI,

                                Defendants.
------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that, upon the motion filed herein, the accompanying memorandum of law, and all other pleadings and papers filed herein, defendants Deputy Superintendent of Security Stephen Urbanski, Correction Officer Issa Yunes, Correction Sergeant Joseph Deacon, Correction Officer Mark DelBianco, Correction Officer Alexander Minard, Correction Officer Brendan Walsh, Nurse Danielle Cebron, and Acting Commissioner Anthony Annucci ("Defendants"), by their attorney, Letitia James, Attorney General, State of New York, will move this Court before the Honorable Cathy Seibel, United States District Judge, at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, for an Order pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the First Amended Complaint in its entirety, and for such other and further relief as this Court deems just and proper.

      Pursuant to the Court's August 16, 2021 Order, opposition papers, if any, are due by September 23, 2021; and reply papers, if any, are due by October 13, 2021.

Dated: New York, New York
      August 24, 2021

                                Respectfully submitted,
                                LETITIA JAMES
                                Attorney General
                                State of New York
                                <u>Attorney for Defendants</u>
                                By:

                                */s/ Brendan M. Horan*
                                Brendan M. Horan
                                Assistant Attorney General
                                28 Liberty Street, 18th Floor
                                New York, New York 10005
                                212-416-8973
                                Brendan.Horan@ag.ny.gov