UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIK L. BROWN

          Plaintiff,    Case No. 21 Civ. 214 (CS)

-against-

STEPHEN URBANSKI, ISSA YUNES, JOSEPH DEACON, MARK DELBIANCO, ALEXANDER MINARD, BRENDAN WALSH, DANIELLE CEBAN, ANTHONY ANNUCCI,

          Defendants.

RECEIVED SEP 24 2021 U.S.D.C.

I, the plantiff (MALIK L BROWN) write this asking that you dismiss the defendants motion and proceed to discovery there is extreme evidence that support my FAC there is even a video on my assault counsel for defendants clearly disreguards my FAC Even made a bias remark such as any claim on state grounds it would be automatically barred my attacker was in the box for assault on staff he was a individual that was housed in (FCF GP) and has an extreme history of violence there. it is duty of defendants to following there training my constitutional rights where violated as soon as I was taken out of SHU 200 at FCF

only to be housed on keeplock and become subjected to harsh conditions officers clearly & deliberately put multiple incarcerated Individuals in the blistering sun in restraints I was clearly subjected to inhumane conditions I was maced without reason or cause (Excessive UoF) Deprivation of rec (VIII Amendment) dilliberate indifference (VIII Amendment) there are multiple facts stated in my FAC that support my claim I almost lost my life I ask that we proceed to discovery the only true argument Counsel has I believe is that defendants are entitled to Qualified Immunity I ask of you to not grant this motion till this day I struggle that video has to be seen. I was left to die but I fought please lets proceed.

Sent out: September, 19, 2021

X M. Brown

CC: Pro se
Intake unit

CC: Brown
16A1000

*To people this back make copies please*

Malik Brown Video 6/14/2020 in the yard Video starts at 9:14:20 and ends at 9:3

The beginning of the video is just the men in the yard walking back and forth. The following are my observations as we get closer to the assault.

9:18:33 -51 Mr. Collins steps away from the fence and a crowd of people at the fence near the basketball court where he is in plain view. No officers are in camera view observing. As Mr. Collins is walking away from the crowd he appears to be straightening his arms in a downward motion. He stands in clear view of the camera as he bends over and appears to doing something with his arms. He then stands up, turns around and with his arms relaxed walks back to the fence by the basketball court.

9:28:05 – 25 Mr. Collins is seen walking from the side of the yard opposite the basketball court. He stops in the same place he was before. He turns his back on the basketball court and bends over fiddling with something in front of him. Then he is seen pulling something up with his right hand. Mr. Collins then turns and walks toward the basketball court.

9:28- 39 Mr. Brown walks past Mr. Collins. They speak as Mr. Brown stops and turns towards Mr. Collins. Mr. Brown turns away from Mr. Collins and walks away. The men appear to have been speaking. Mr. Collins follows Mr. Brown. There is no sound to the video so it is impossible to know the content or tone of the conversation.

9:28:58 -9:29:31 Mr. Brown turns towards Mr. Collins. Mr. Collins raises the chain from his waist and starts to swing the chain with force at Mr. Brown. Mr. Brown falls to the ground and Mr. Collins keeps swinging the chain. Mr. Brown is kicking at Mr. Collins to try and prevent the blows from hitting him. Mr. Collins swings at Mr. Brown's legs. At one point Mr. Collins gets on the side of Mr. Brown and Mr. Brown can no longer use his legs for defense. Mr. Brown is hit in the chest. Mr. Collins swings approximately 13 times at Mr. Brown before the officers pull him off of Mr. Brown. Mr. Brown is hit with the chain in the chest, legs, and back that we can see. The last blow we cannot see where Mr. Brown is hit as Mr. Collins is standing in the way of the camera.

~~Concerning~~ 10:05 is 35 minutes later and 10:20 almost 60 mins later

X *[signature]*

CC: Pro Se
     Intake Unit

BROWN, W., # 16A1000   UPSTATE CF

| ![NY] Corrections and Community Supervision | Grievance Number<br>FCF-0159-20 | Desig./Code<br>I/50 | Date Filed<br>06/18/20 |
|---|---|---|---|
| | Associated Cases | | Hearing Date<br>10/08/20 |
| ANDREW M. CUOMO<br>Governor — ANTHONY J. ANNUCCI<br>Acting Commissioner | Facility<br>Fishkill Correctional Facility | | |
| INMATE GRIEVANCE PROGRAM<br>CENTRAL OFFICE REVIEW COMMITTEE | Title of Grievance<br>Failure To Protect | | |

**GRIEVANT'S REQUEST UNANIMOUSLY DENIED**

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby denied. CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that the grievant was involved in an appropriately documented Unusual Incident (UI) and Use of Force (UOF) on 6/14/20 when he was assaulted by another incarcerated individual in the keeplock recreation yard. He was promptly taken to medical for assessment and decontamination in accordance with Directive #4903. The grievant was noted with having a 2 ½" x 2 ½" swollen area to the back of his head and abrasions to his hands, elbows and legs and was transported to the outside hospital for further treatment. It is also noted that staff were required to go through the keeplock gate to reach the incarcerated individuals and once adequate staff arrived, only the force necessary to stop the assault was used. In addition, it is noted that the grievant and the other incarcerated individual were placed in mechanical restraints per their respective orders issued by the DSS in accordance with Directive #4933.

With respect to the grievant's appeal, CORC finds insufficient evidence of malfeasance by staff and advises him to address safety and security concerns to supervisory staff at the time of the incident for any remedial action deemed warranted. CORC notes that he has since been transferred.

MXV/

---

This document has been electronically signed by Shelley M. Mallozzi

SOUTHPORT CORRECTIONAL FACILITY
P.O. BOX 2000
PINE CITY, NEW YORK 14871-2000
NAME: Malik Brown   DIN: 16A1000

RECEIVED
SEP 24 2021
S.D.N.Y.

SOUTHPORT Correctional Facility

NEOPOST
09/20/2021
US POSTAGE $000.53
FIRST-CLASS MAIL
ZIP 14871
041M11274238

Pro Se Intake Unit
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY
10601-4150

SHU
Legal Mail

