UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIK L. BROWN,
                Plaintiff,

— against —

STEPHEN URBANSKI, ISSA YUNES, JOSEPH DEACON, MARK DELBIANCO, ALEXANDER MINARD, BRENDAN WALSH, DANIELLE CEBRON, ANTHONY ANNUCCI,
                Defendants.

Case No. 21 Civ. 214 (CS)

I, Malik Brown object to counsel's for Defendants motion to dismiss my FAC from the preliminary statement up to the conclusion counsel assualts my character as an Incarcerated individual I have limited protection from harm these are my points

Point 1 # I clearly stated a claim and ~~produced~~ produced documents in support of my FAC clearly stating violations of my 8th amendment, (point #2 not only did defendants' not only failed to protect the lack of supervision which resulted in serious bodily harm to me

Defendants even goes as far as fabricating the time of incident and time of examination (point #3) the video clearly shows that my attacker was subdued the officer deliberately came to me and applied O.C. spray I ask the court that defendants motion is dismissed and the discovery process is the next step that video need to be seen by a jury I recieved outside medical care not once but twice I ask the court that defendants are not granted qualified immunity Today is Oct 19th I'm just getting defendants reply I ask the court to please grant my motion to proceed this is not just an incident I feel I'll never be the same I continue to suffer from PTSD I'm on multiple medications to help me cope this is more than anything I've been thru I ask that we proceed to discovery that video needs to be seen I ask the court that they grant my

motion to proceed and dismiss defendants motion to dismiss my FAC Ive clearly stated a claim backed my claim with producing medical documents as well as video transcript of assault I ask the court to please proceed

## Conclusion

For all the above/foregoing reasons plaintiff respectfully request that the court denies defendants motion to dismiss my FAC and grant plaintiffs motion to proceed to discovery

Dated, Southport Correctional Facility
10-19-21
Pine City
NY.

Plaintiff, MALIK L. BROWN

CC: Prose intake unit         CC: Brown Konstines

**SOUTHPORT CORRECTIONAL FACILITY**
P.O. BOX 2000
PINE CITY, NEW YORK 14871-2000
NAME: Malik Brown   DIN: 16A1000

RECEIVED
OCT 25 2021
U.S.D.C.
W.P.

SOUTHPORT
NEOPOST
10/21/2021
US POSTAGE $000.53°
FIRST-CLASS MAIL
ZIP 14871
041M11274238

Legal mail

Pro Se Intake Unit
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York