Case No. 21 Civ. 214 (CS)

TO: Pro se intake unit
From: MALIK L BROWN

RECEIVED
NOV 04 2021
U.S.D.C.
W.P.

I am writing to notify you of my change of address I am no longer incarcerated at Southport Correctional facility I am now incarcerated at

Lakeview correctional facility
P.O. BOX T
BROCKTON, N.Y. 14716-0679

I ask that any futher mail be forwarded to this address please & thank you

Sincerly   M. L. B  16A1000
LAKEVIEW CORR FAC
P.O. BOX T
BROCKTON, N.Y. 14716-0679

Mark Brown 16N1000
**LAKEVIEW S.I.C.F.**
P.O. BOX T
BROCTON, N.Y. 14716-0679

RECEIVED
NOV 04 2021
U.S.D.C.
W.P.

Lakeview
☆

neopost
11/01/2021
**US POSTAGE** $000.53⁰
FIRST-CLASS MAIL
ZIP 14716
041L11251095

Pro Se intake Unit
United States District Court
Southern District of New York
300 Quarropas St
White Plains, NY 10601

Legal mail

Legal mail