UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MALIK BROWN,

                      Plaintiff,

     - against -

STEPHEN URBANSKI, *et al.*,

                      Defendants.
------------------------------------------------------------ X

21 Civ. 214 (CS)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned attorney, duly admitted to practice in this Court, hereby appears as counsel on behalf of Deputy Superintendent of Security Stephen Urbanski, Correction Officer Issa Yunes, Correction Sergeant Joseph Deacon, Correction Officer Mark DelBianco, Deputy Superintendent of Administration Sharon Frost, Superintendent Emily Williams, Correction Officer Alexander Minard, Correction Officer Brendan Walsh, Nurse Danielle Cebron, Acting Commissioner Anthony Annucci ("Defendants") in the above-captioned action. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
       February 15, 2022

                                       LETITIA JAMES
                                       Attorney General
                                       State of New York
                                       <u>Attorney for Defendants</u>

                                       By: *s/ Maria B. Hartofilis*
                                       Maria B. Hartofilis
                                       Assistant Attorney General
                                       28 Liberty Street, 18th Floor
                                       New York, New York 10005
                                       (212) 416-6295
                                       maria.hartofilis@ag.ny.gov

Page 2

cc: **BY MAIL**
    Malik L. Brown
    DIN 16A1000
    Lakeview Correctional Facility
    P.O. Box T
    Brocton, New York 14716-0679