UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MALIK L. BROWN,                                              :
                                                         :   Case No. 21 Civ. 214(CS)
                Plaintiff,     :
                                                         :   **DECLARATION OF SERVICE**
       - against -                                :
                                                         :
STEPHEN URBANSKI, et al.                                     :
                                                         :
               Defendants.     :
------------------------------------------------------------ X

    **Maria B. Hartofilis**, an attorney duly admitted to practice in New York, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

    On February 15, 2022, I served a copy of my Notice of Appearance in the above-captioned case to:

    Malik L. Brown
    DIN 16A1000
    Lakeview Correctional Facility
    P.O. Box T
    Brocton, New York 14716-0679

plaintiff pro se, by causing to be served a true and correct copy thereof, properly enclosed in a postpaid wrapper, in a post-office box regularly maintained by the government of the United States, directed to the pro se plaintiff at the address within the State designated by him for that purpose.

                                                                 */s Maria B. Hartofilis*
                                                                 Maria B. Hartofilis

Executed: New York, NY
            February 15, 2022