UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MALIK BROWN,

                             Plaintiff,

- against -

STEPHEN URBANSKI, *et al.*,

                            Defendants.
-------------------------------------------------------------- X

21 Civ. 214 (CS)

**NOTICE OF WITHDRAWAL AS COUNSEL**

**PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Brendan M. Horan, an Assistant Attorney General in the Office of LETITIA JAMES, Attorney General of the State of New York, attorney for defendants Deputy Superintendent of Security Stephen Urbanski, Correction Officer Issa Yunes, Correction Sergeant Joseph Deacon, Correction Officer Mark DelBianco, Deputy Superintendent of Administration Sharon Frost, Superintendent Emily Williams, Correction Officer Alexander Minard, Correction Officer Brendan Walsh, Nurse Danielle Cebron, Acting Commissioner Anthony Annucci ("Defendants") in the above-captioned action, hereby withdraw as an attorney of record, as I am leaving the Office of the Attorney General. The Office of the Attorney General will continue to serve as counsel of record to said defendants in the above-captioned matter, and this matter will be handled by another Assistant Attorney General who has entered their appearance.

Therefore, I hereby respectfully request that the Court grant my withdrawal and that my appearance be removed from the docket.

Dated: New York, New York
          February 15, 2022

                                                              LETITIA JAMES
                                                              Attorney General

Page 2

                    State of New York
                    <u>Attorney for Defendants</u>

                    By: *s/ Brendan M. Horan*
                    BRENDAN M. HORAN
                    Assistant Attorney General
                    28 Liberty Street, 18th Floor
                    New York, New York 10005
                    (212) 416-8973
                    Brendan.horan@ag.ny.gov

**IT IS SO ORDERED.**

Dated: _____, 2022
      White Plains, New York                   Hon. Cathy Seibel
                                             United States District Judge