UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          21 civ. 214 (CS)

---------------------------------x

MALIK L BROWN,

        Plantiff,

-against-

STEPHEN URBANSKI, et al.,

        Defendants.

RECEIVED FEB 28 2022 U.S.D.C. W.P.

RECEIVED FEB 28 2022 PRO SE OFFICE

I, MALIK BROWN write in reguards to an update on my civil suit (1983) on 2/23/22 I recieved an notice of appearence from the Attorney gen whom also happens to be defense counsel for defedents in this action she (LETITIA JAMES) has directed I serve all papers and direct all correspondence to her I'm represented pro sé in this matter and the motion packet from which I've recieved thru your unit specifically instructs me to reach out to you before any such action as to why I write you this for an update and clarification of the (AG) MOTION Dated 2/15/2022

this civil matter is of sensitive matter and has to be handled with following procedures i dont wont to jepordize the result/conclusion of my suit due to technicality or false pretext I write you for better insight on such much I have not heard anything as of yet from your unit reguarding my caseload

Dated: 2/23/22

x M. Brown

cc: Personal File

MALIK BROWN
16A1000
LAKEVIEW CORR. FACILITY
P.O. BOX T
BROCTON, NY 14716-0679

BY MAIL
cc: Pro Se Intake Unit
UNITED STATES DISTRICT COURT
SOUTHERN DIS. OF NY
300 Quarropas ST.
WHITE PLAINS, NY 10601



LAKEVIEW SHOCK INCARCERATION CORR. FAC.
P.O. BOX T
BROCTON, NEW YORK 14716-0679

NAME: MARK BROWN
DIN: 

RECEIVED
FEB 28 2022
U.S.D.C.
W.P.

RECEIVED
PRO SE OFFICE
FEB 28 2022
Lakeview

PRO SE INTAKE UNIT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NY
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

FEDERAL
LEGAL
MAIL

neopost
02/24/2022
US POSTAGE $000.53
ZIP 14716
041H1251095
FIRST-CLASS MAIL