UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MALIK L. BROWN,

                Plaintiff,

      - against -

STEPHEN URBANSKI, JOSEPH DEACON, and
MARK DELBIANCO.

                Defendants.
------------------------------------------------------------ X

Case No. 21 CV. 214 (CS)

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF**

**[PROPOSED]**

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that an Assistant Attorney General may take the deposition of inmate Plaintiff Malik L. Brown, DIN # 16-A-1000, before a notary public or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at a Correctional Facility maintained by the New York State Department of Corrections and Community Supervision, or virtually via a remote deposition at the same, upon notice to Plaintiff and the Superintendent of the Correctional Facility.

Dated:  New York, New York
          May 11, 2022

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge