UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROWN,
    Plaintiff,

v.

URBANSK.,
    Defendants,

21 CV-00214 (CS)

**RECEIVED JUN 13 2022 PRO SE OFFICE**

I, am addressing your office to notify you of my position. ALL MY PROPERTY HAS DISSAPEARED I have NO LEGAL WORK NOTHING I ask that you SEND ME COPIES OF ANY AND EVERYthing I can obtain regarding this case load for this is a setback during this DISCOVERY process I've reached out to counsel for Defendants as well as your office last month I just got some cc paper so HOPEFULLY this reaches. THANK YOU

The Clerk of Court is respectfully directed to send a copy of the docket sheet, ECF Nos. 30 and 51, and this endorsement to Plaintiff.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
6/13/22

M. Brown
16A1000
PRO SE Litigant
6-10-22



ELMIRA CORRECTIONAL FACILITY
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500
MALIK BROWN
16A1000

CCBfile // Brown 16A1000

RECEIVED
JUN 13 2022
PRO SE OFFICE

Pro Se Intake Unit
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
FEDERAL
LEGAL MAIL