UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

MALIK L. BROWN

                Plaintiff,

-against-

STEPHEN URBANSKI, JOSEPH DEACON, and
MARK DELBIANCO

                Defendants,

-----------------------------------x

Case No. 21-CV-214 (CS)

MOTION TO SUPPRESS

RECEIVED AUG 04 2022 PRO SE OFFICE

RECEIVED AUG 04 2022 U.S.D.C. W.P.

## PLEASE TAKE NOTICE

that, pursuant to Rule 32. Of the Federal Rules of Civil Procedure, plaintiff MALIK L. BROWN hereby objects to disposition taken on June 22nd, 2022 (oral) by Andrew Blancato Assistant Attorney General of The State of NY in its whole due to the following grounds: Errors and Irregularities by officer in regards to how the testimony is transcribed, prepared, sealed, certified, endorsed and filed for said disposition is not correct in part and is tainted in whole. Also this testimony is under oath and plaintiff's acknowledgement and/or acceptance thereof is forced and unlawful perjury under oath.

## PLEASE TAKE FURTHER NOTICE

Pursuant to Rule 32. paragraph (4) of the Federal Rules of Civil Procedure, it clearly specifies an objection to how the officer transcribed - or prepared signed is waived unless a motion to suppress is made promptly after the error or irregularity becomes known or with reasonable diligence could have been known. Also officer's certification / and professionalism undermines the transcript. Said transcript was recieved by plaintiff

MALIK L. BROWN on July 21st, 2022 at ELMIRA.CORRECTIONAL.FACILITY by way of Legal mail there are 128 pages in total for review Plaintiff was (packed up) Draft purposes on July 24th, 2022 plaintiff MALIK L BROWN arrived at FIVE POINTS CORRECTIONAL FACILITY on July 25th, 2022 recieved his property on July 29, 2022 and upon completion of review on July 31st, 2022 files this motion dated the same.

MAILED TO: Pro se intake unit
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

Dated: July 31st, 2022
cc: FILE/Brown 16A1000

x M. Brown

FROM: MALIK L. BROWN (pro se Litigant)
FIVE.POINTS.CORRECTIONAL.FACILITY
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

FIVE POINTS CORRECTIONAL FACILITY
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: Malcom Brown
DIN: 16A1000
LOC: 12-CO-U2

RECEIVED AUG 04 2022 U.S.D.C. S.D.N.Y. P.O.

LEGAL MAIL
FEDERAL

Pro Se Intake Unit
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

LEGAL MAIL

PRO SE OFFICE
AUG 04 2022
RECEIVED

ROCHESTER NY 144
1 AUG 2022 PM 3 L

neopost 08/01/2022
US POSTAGE $0
ZIP 14541
041M11272007
FOREVER / USA