UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIK L. BROWN,

        Plaintiff,

against

STEPHEN URBANSKI, JOSEPH DEACON, and
MARK DELBIANCO

Case No. 21 CIV. 214 (cs)

**MOTION TO SUPPRESS**



PLEASE TAKE NOTICE that, pursuant to Rule 3116(e) of the Civil Practice Law and Rules and Rule 32.(d)(4) of the Federal Rules of Civil Procedure. Plaintiff (MALIK L. BROWN) in the above titled action moves to suppress the disposition taken on June 22nd 2022, by Andrew Blancato, Assistant Attorney General of New York. Due to numerous errors, irregularities in the transcript, the form of questions and answers as well also the certification of the Disposition under oath.

PLEASE TAKE FURTHER NOTICE that, pursuant to and in accordance with Rule 32.(d)(4) of the Federal Rules of Civil Procedure each objection, error and irregularities are specified with the grounds for such.



the following are as specified in support of my motion.

## ERROR, IRREGULARITIES in form

<u>Page 7:</u> Answer at 2 isnt correct and clearly doesn't fit the form of questioning at 3-5.

<u>Page 9:</u> question was clearly broken down to me at 11-13 I answered at 14-15 which is in error as to why my answer at 17-18 was so this attacks my credible testimony.

<u>Page 20:</u> at 6 my answer is cutoff and carried to the next sentence in completing the one I was in, also the form of answer at 23 is broken and carried to the next sentence not completing the first a whole sentence has been skipped.

<u>Pg 21:</u> form of answer at 3 clear error, at 16-19 is more of a answer than a question almost as badgering me or taunting and my answer at 20 is cutoff, carried into a new sentence at 21 its an clear error of the transcriber.

<u>Page 22:</u> My sentence is cutoff a 22 and carried into another which doesnt give any clear meanings to at 24 isnt a question its a

Page 23: A error is at 4 in the form of transcript and of context and attacks my credibility at 18 again my sentence is cutoff 19, and 23 as well and entered into a new sentence.

Page 24: My answer at 2 is cutoff and entered into a new sentence at 5 is an error in spelling, I expressed this at 11·14 my sentence is broken and carried into another at 19 shows the transcript is errored from 21-22 my sentences are cutoff

Page 25: spelling at 13, 24, 21-22 is error

Page 26: my answers are cutoff at 5, 8, 16 and 17 and carried on to new sentences at 12 error in spelling.

Page 27: my answer at 24 is cutoff

Page 28: my sentence is cutoff a 3, 8-9 and at 12 doesn't transcribe proper testimony

Page 29: The form of Answer at 6 is error and assassinates my character line 2 is correct but line 3 isn't the first sentence was said last.

15 is errored its peculiar not puele are my answer 18 cutoff.

Page 30: spelling error at 18 my sentence is cutoff at nineteen.

Page 31: error in spelling

Page 33: 14 is a complete error how do you get asthma pump mixed with IBUprofen 600mg this attacks my later testimony and is false.

Page 35: clear error in transcript at 5

Page 34: my sentence is cut and skipped a 3 and clear irregularities in transcript at 10-14.

Page 38: Error in form spelling and irregularities my sentence is cutout at 16 carried into a new one which is also cutout 17-18.

Page 39: my sentence is cutout at 5 and 7 errors in spelling at 16 and my sentence is cutout again at 21 alter the form of my testimony

Page 40: my sentence is cutoff at 22-23

Page 41: the reporter added a sentence at 5 then transcribed what I actually said at six then

is clear error in the form of my words at 13-14 and cutoff of my sentences at 20 and again at 22 altering my testimony.

Page 42: a collage of cutoff sentences are bunched together from 13-16 and from then on to 25.

Page 45: my sentence is cut at 8 and carried into to a new sentence at 9 just to be cut again and the same repeated from 9-10.

Page 47: Its clear error in spelling at 12 and my sentences are cutoff at 17-18

Page 49: my answer is cutoff at 6-7 carried into a new sentence which is also cutoff, clear error at 15 and 22 in spelling and transcript.

Page 50: my sentence is cutoff at 13 carried into a new one at 14 to be cutoff at 15 entering another new sentence at 16 this doesn't display my testimony as it happen in majority of ways.

Page 52: cutoffs of all of my sentences from 8-13 errors and all at 15 a sentence is missing enclosing making the form of transcript seem assaultive at 22-23 is error in spelling and form.

Page 53: my sentence is cutoff at 10-11

Page 54: A complete sentence is missing at 10

Page 57: errors from 6-7

Page 59: Error and cutoff at 23 and 25 which assau- lts the form of transcript.

Page 62: my sentence is cutoff at 5 and again from 24-25 Altering my testimony

Page 66: my sentences are cutoff at 8, 6, 5, and 17-19

Page 67: errors at 8-9 and my sentence at 21 is cutout

Page 68: error in form at 6-7 also assassinates my charac- ter as ones perception of the wording at 3 cutoff.

Page 69: errors at 9-10 again at 19-20 and sentence cutoffs at 23-24

Page 70: sentence cut off at 1

Page 74: from 4-10 my sentences are cutoff and replaced with a new one

Page 76: clear irregularities and error at 6-7 in form and spelling, form.

Page 79: my sentence is Altered in form by cutoff at 5-6.

Page 80: my sentence is cutoff at 2 and 11

Page 81: my sentence is cut short again at 5-7 and 11 and 13 altering my testimony

Page 82: Sentence cutoff at 18 errored at 19 and cut off again at 20 and 24

Page 83: cutoff alterations at 15, 17 and 25

Page 87: my sentence is cutoff at 11

Page 88: my sentences are cutoff a 6 its an error at 10 at 23 the begining of my sentence is missing

Page 90: Error in form of transcript at 9 of Answer

Page 93: the form of question at 13-14 assassinates my testimony and credibility my sentence is again cutoff at 15

Page 94: complete Error in context at 8-12 also 15

Page 97: sentences are repeatedly cutoff at 10-11 and 13-14 this is an continuous pattern with transcriber.

Page 98: Error in form at 6 clearly

Page 99: my sentence is cutoff again at 5 altering my testimony

Page 100: my sentences are completely cutout again at 2-3 altering the form and credible testimony I cannot acknowledge with this many errors and irregularities to be the truth under oath and affirmation when I know of its falsehood due to error.

for this reasons and numerous errors, irregularities and false transcript thru form and spelling I ask that this disposition be suppressed in whole and oth parts in motion in agreement of and demand that it be barred from future use in any court proceedings.

Plaintiff (MALIK L. BROWN) also acknowledges that disposition can be used in favor but under oath cannot and will not perjury himself to accept a false transcript to satisfy discovery and leaves the ruling at the discrection of the court. Defendants has been served motion thru counsel on dated.

Sincerly, M. Brown

Dated: August 22nd, 2022

cc:File//

MALIK L. BROWN (Pro Se)
FIVE.POINTS.CORRECTIONAL.FACILITY
6600 STATE ROUTE 96,
CALLER.BOX 119
ROMULUS, NY 14541

