# MEMO ENDORSED



**Corrections and Community Supervision**

**NEW YORK STATE**

KATHY HOCHUL
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

RECEIVED OCT 06 2022 CHAMBERS OF CATHY SEIBEL U.S.D.J.

To: Brown, M 16A1000/11-A2-45B       21 CV 214 (CS)

From: M. Schultz, IGPS *(signature)*

Date: 9/28/22                *I Never sent this to grievance*

Subject: not grievance

The attached is being returned to you because it has nothing to do with grievance. ?

Ms. Seibel it's been over 2 years now your honor I've never missed a deadline or make such a mistake I swear to you they opened my mail and did this to sabotage my case I put my life on it why not send the original envelope if I so called sent this by error I have never addressed you directly before but I had to this time cause im scared your honor Honestly how can they get away with this its a federal crime they're not playing fair!!

M. Brown

Five Points Correctional Facility, 6600 State Route 96, Caller Box 400, Romulus, NY 14541 | (607) 869-5111 | www.doccs.ny.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIK L. BROWN,

— against —

STEPHEN URBANSKI, JOSEPH DEACON
and MARK DELBIANCO,

_____ X

Case No. 21-CV-214 (CS)

Take notice the following is Disposition of MALIK L. BROWN (Plaintiff) Dated June 22, 2022. Time 10:07 am to 11:55 am taken by Andrew Biancato, AAG, Office of the Attorney General of NEW YORK STATE 28 Liberty Street, 18th Floor, New York, NY 10005, for (Defendants) URBANSKI, DEACON and DELBIANCO. Transcribed by ANNETTE LAWSON, REPORTER as well certified, and sworn official that transcript is the truth and nothing but.

I raise the following errors in which the transcript should be not be in compliance with truth as follows.

1

Page 1

Brown v Urbanski, et al - 6/22/2022 - Malik L. Brown

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

MALIK L. BROWN,

    Plaintiff,

v                              Index No.: 7:21-CV-214(CS)

STEPHEN URBANSKI, JOSEPH DEACON

and MARK DELBIANCO,

    Defendants.

_____X

        DEPOSITION OF: MALIK L. BROWN

        DATE:           June 22, 2022

        TIME:           10:07 a.m. to 11:55 a.m.

        VENUE:         WebEx



ORIGINAL

ASSOCIATED REPORTERS INT'L., INC.
ARII@courtsteno.com
(800) 523-7887 www.courtsteno.com
Transcription - National and International reporting coverage

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 105

1      Brown v Urbanski, et al - 6/22/2022 - Malik L. Brown

2      I, ANNETTE LAINSON, do hereby certify that the

3   foregoing testimony of MALIK L. BROWN was taken by me, in

4   the cause, at the time and place, and in the presence of

5   counsel, as stated in the caption hereto, at Page 1

6   hereof; that before giving testimony said witness was duly

7   sworn to testify the truth, the whole truth and nothing

8   but the truth; that the foregoing typewritten

9   transcription, consisting of pages number 1 to 103,

10  inclusive, is a true record prepared by me and completed

11  by Associated Reporters Int'l., Inc. from materials

12  provided by me.

13  *Annette Lainson*

14  ANNETTE LAINSON, Reporter   BcF

15

16

17

18

19

20

21

22

23

24

25

ARII@courtsteno.com                                    www.courtsteno.com

STATE OF NEW YORK
COUNTY OF SENECA

I, MALIK L. BROWN, have read the foregoing record of my testimony taken at the time and place noted and do hereby acknowledge:

( ) That it is a true and correct transcript of same.

(✓) With the exceptions noted in the attached errata sheet, it is a true and correct transcript of same.

X M. BROWN
MALIK L. BROWN

Sworn to before me this
21st day of Sept, 2022.
X _____Tyler_____
NOTARY PUBLIC
My commission expires:
October 15, 2022

TYLER CHASE
Notary Public - State of New York
No. 01CH6381894
Qualified in Seneca County
My Commission Expires October 15, 2022

800.523.7887                                                Associated Reporters Int'l., Inc.

Page 106

```
 1      Brown v Urbanski, et al - 6/22/2022 - Malik L. Brown

 2             ASSOCIATED REPORTERS INTERNATIONAL, INC.
                          (800) 523-7887
 3
        Date:
 4      Case Name:  Brown v Urbanski, et al
        Index Number:  7:21-CV-214(CS)
 5      Deponent:  Malik L. Brown
        Deposition Date:  6/22/2022
 6      Examining Attorney:  Andrew Blancato, A.A.G.

 7      Dear Mr. Brown:

 8
        Please read and make any changes and/or corrections in
        your testimony and sign the transcript in the presence of
 9
        a notary public.  Please do so within thirty (30) days.
10      If you fail to sign the transcript within thirty (30)
        days, it will be delivered to the appropriate parties
11      without signature.  Return the transcript with
        corrections, if any, to:
12
                OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
13              BY:  ANDREW BLANCATO, A.A.G.
                28 Liberty Street, 18th Floor
14              New York, New York 10005

15
        CORRECTIONS:
16      23:4
                   Word or phrase:   Your talking about two years ago
                   Corrected to:     your talking about a ticket from 2yrs ago
17      46:20
                   Word or phrase:   and your gonna get raped!
18                 Corrected to:     And your gonna get fired.
        9:15
                   Word or phrase:   yeah somebody might call me Malik
19                 Corrected to:     somebody might call me Meeky
        11:22
                   Word or phrase:   my memory is not the same
20                 Corrected to:     I dont remember the exact address
        14:13/14/14
                   Word or phrase:   I really dont remeber alot
21                 Corrected to:     Other than the incident i dont remeber much
        35:12/13
                   Word or phrase:   I was in keep I was transferred to keeplock
22                 Corrected to:     I was serving shu time, which then got converted to keeplock
        81:18/19
                   Word or phrase:   Is this not the original athorization
23
        100:22
                   Corrected to:     This is the original Authorization of this order.
                   word or phrase:   YES
24                 corrected to:     No depression a bipolar treat.
        Date Signed                                     [signature]
ARII@courtsteno.com                                  MALIK L. BROWN
                                                        www.courtsteno.com
25
```

CORRECTIONS:

25:13    word or phrase: brushed me up everything mix me
            corrected to: Beat me up and everything, Maced me

25:20    word or phrase: never - - - like I was in SHU
            corrected to: never put in restraints after that and was still not within SHU in Fishkill

25:23    word or phrase: Thats why
            corrected to: Thats How

26:5    word or phrase: once I have - - - they took me - - -
            corrected to: once I was done in medical they took me back to my cell.

26:6    word or phrase: I came by myself
            corrected to: I came out by myself

26:7    word or phrase: Now you go back to
            corrected to: I was going out to the

26:8    word or phrase: I was - - - every day
            corrected to: I was outside everyday

26:12    word or phrase: for going to the yard with
            corrected to: on the company but going to the yard with

29:15    word or phrase: parole to - - -
            corrected to: paralta to justify it

33:14    word or phrase: cant bring my ibuprofen
            corrected to: Cant bring my inhaler

## Affidavit of Service

State of New York    )
County of Seneca     )ss.:

I, __MALIK BROWN__, being duly sworn, deposes and says:

1. That on __9/21/22__, I did in fact place the designated copies of the following papers in the Mailbox at Five Points Correctional Facility:

    a. __Corrections of disposition__

    b. _____

    c. _____

2. Said papers were addressed to the following parties:

**Original and Duplicate(s)**

Pro se intake unit
UNITED STATES DISTRICT COURT
~~SOUTHERN DISTRICT OF NEW YORK~~
300 QUARROPAS Street
White Plains, NY 10601

**Copy**

**Copy**

Very truly yours,

_/s/ Malik Brown_
Five Points C.F.
P.O. Box 119
Romulus, New York 14541

Sworn to before me this
__21st__ day of __Sept.__, 2022

_/s/ Tyler Chase_
NOTARY PUBLIC

TYLER CHASE
Notary Public - State of New York
No. 01CH6381894
Qualified in Seneca County
My Commission Expires October 15, 2022

IGPS

one day before cmon Now
my deadline

**RECEIVED**

**SEP 29 2022**

**FIVE POINTS MAILROOM**

Brown, M
16A1000
11-A245B



NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME Malik Brown    DIN: 16A1000

LEGAL
MAIL

CONFIDENTIAL
TAMPERING IS A
CRIME