UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIK L. BROWN,

Plaintiff,    Case No. 21 CV 214 (CS)

—against—

Motion To

STEPHEN URBANSKI;,    Exclude Documents

Defendants

RECEIVED
OCT 11 2022
U.S.D.C.
W.P.

RECEIVED
OCT 10 2022
PRO SE OFFICE

Please Take notice that pursuant to Rule
26 (f)(1), and 34 of the Federal Rules of Civil
Procedure defendants not only submitted documents
without consent from opposing party nor leave of
court and such documents are inconsistent with
discovery scheduling and plan as well as
information Plaintiff (MALIK L. BROWN) Proposed an
offer with reason and the defendants (URBANSKI,
Deacon, Del'BIANCO) used information from that
proposal to create Documents after the fact
to satisfy opposing argument 24 days later exactly
Discovery has been concluded and nothing but
an response to Proposed offer should have been
giving. i made request 8/3/22 got an response
9/5/22 made an offer 8 days later and got
these made up Documents. i ask to Bars these
new documents which came after my offer.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIK L. BROWN
                    Plaintiff,
        - against -                      CASE NO. 21-CV-214(CS)
STEPHEN URBANSKI;                        PROPOSED SETTLEMENT
                                         OFFER
                        Defendants,

    TO: COUNSEL (ANDREW BLANCATO) ASSISTANT Attorney Gen.
state of ny  please be advised that the plaintiff
(MALIK L. BROWN) proposes an offer and demands
as follows due to ongoing medical complications
physical pain and suffering as well as mental
documented thru daily supplemented medications
plaintiff seek compensatory in the amount of
$290,000) STEPHEN URBANSKI $100,000 JOSEPH DEACON
$100,000 and Mark DELBIANCO $90,000.
  There clearly wasn't service of an order
of so defendants would present the officer
who served this with footage of area date
time place also I have requested the original
order twice and gotten may 28th 2020 as the
original document both times in which isnt
even signed by the superintendant and is
impossible if I was in restraints since
the begining of may also the footage

is suggestive out of all of the cameras operable with the vicinity the only one evidence is where the actions of officers on scene cannot be seen also its been clearly established thru Admissions of officers that I was the designated target of the use of force for said reason plaintiff seeks puntive in the amount of #(85,000) STEPHEN URBANSKI #150,000 JOSEPH DEACON #17,500 MARK DELBIANCO(17,500) for a total of #375,000 and I ask that for the privacy of parties this case cannot be viewed public or brought up by either party if accepted. Note plaintiff has good faith in prevailing at trial due to these issues and several more and make thus offer in good faith considering the evidence extremely in my favor if an settlement cannot be met I am willing to go to trial and request the testimony of the so called serving officers.

M. Brown

Dated: Sept 13th, 2022    MALIK BROWN

FIVE.POINTS.CORR.FACILITY
CCsFILE// Brown 16n1000    6600 State Rte 96
ROMULUS, NY 14541

# EXHIBIT A

This goes with
the Supplimental
Response dated
sept 26, 2022

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

FORM 2186 (7/11)
REF: 7 NYCRR

__Fishkill__ Correctional Facility

# RESTRAINT ORDER

I recommend that inmate __Brown, Malik__, DIN # __16A1000__ be placed on a restraint order from __5/7/20__ to __5/13/20__ because of the following reasons:

Due to his Violent Conduct history. Has cronic disciplinary history.

**RECOMMENDATION**

I recommend [X] do not recommend [ ] that this inmate be required to remain in restraints in the exercise area in accordance with 7 NYCRR 305.4(e)(5). (If recommended, state reasons.)

Due to the COVID-19 pandemic our SHU-200 is being occupied by Positive tested Inmates, Inmate Brown is a SHU Inmate being housed on a Keep Lock unit

_____, Sergeant   Date (5-7-20)

**INITIAL AUTHORIZATION**

Restraint Order Approved [X]   Restraints in exercise area Approved [X]

Disapproved [ ]   Disapproved [ ]

Reason for approval / disapproval :

Inmate was involved in an incident of violent conduct while housed in K/L. As a result of this incident inmate recieved 120 days SHU. Due to COVID-19 crisis inmate is being housed in K/L and posses a threat to security.

Type(s) of restraints to be used / manner of application:

Out of cell hand cuffs / Waist chain during rec

_____, Deputy Superintendent   Date: 5/7/20
for Security Services

*NOTE: A determination that you are required to remain in restraints in the exercise area will expire three days after the date of this authorization unless approved below by the Superintendent or Acting Superintendent.

NOTICE TO INMATE: You may write to the Deputy Superintendent for Security or his/her designee to make a statement as to the need for continuing this restraint order.

**SUPERINTENDENT REVIEW**

Pursuant to 7 NYCRR 305.4 (e)(5), I have reviewed the relevant facts pertaining to the order that you will remain in restraints in the exercise area. I have approved [✓] disapproved [ ] the determination that you remain in restraints in the exercise area for the duration of this restraint order for the following reason(s):

BUT YOUR SHU STATUS REQUIRES ADDITIONAL RESTRAINTS DURING ESCORTS.

_____, Superintendent   Date 5/8/2020

Distribution: White - Superintendent, Canary - DSS, Pink - SHU Sergeant/Housing Unit, Goldenrod - Inmate

this is FRESHLY made up

*Freshly hand written*

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

FORM 2186 RENEWAL (7/11)
REF: 7 NYCRR 305.4

_Fishkill_ _____ Correctional Facility

# RESTRAINT ORDER RENEWAL

**RECOMMENDATION**

I recommend that inmate _Brown, Malik_ , DIN # _16 A 1000_ be continued under a restraint order from _5/14/20_ to _5/20/20_ because of the following reasons: _Due to his Violent Conduct history. Has Cronic disciplinary history_

The restraint order was originally authorized from _5/7/2020_ to _5/13/2020_

*Freshly HAND Written*

I recommend [X] do not recommend [ ] that this inmate be required to remain in restraints in the exercise area in accordance with 7 NYCRR 305.4(e)(5). (If recommended, state reasons.) _Due to the Covid-19 pandemic our SHU-200 is being occupied by Positive Tested Inmates. Inmate Brown is A SHU inmate being housed on A Keep Lock UNIT._

_____ _K. Johnson_ , Sergeant      Date _5/20/20_

**RENEWAL AUTHORIZATION**

Restraint Order Renewal Approved [X]      Restraints in exercise area Approved [X] *

Disapproved [ ]      Disapproved [ ]

Reason for approval / disapproval : _Inmate was involved in an incident of violent conduct while housed in K/L. As a result of this incident inmate recieved 420 days SHU. Due to COVID-19 crisis inmate is being housed in K/L and poses a threat to Security_

Type(s) of restraints to be used / manner of application: _out of cell hand cuffs / waist Chain during rec._

_____ , Deputy Superintendent      Date _5/14/20_
for Security Services

*NOTE: A determination that you are required to remain in restraints in the exercise area will expire three days after the date of this authorization unless approved below by the Superintendent or Acting Superintendent.

NOTICE TO INMATE: You may write to the Deputy Superintendent for Security or his/her designee to make a statement as to the need for continuing this restraint order.

**SUPERINTENDENT REVIEW**

Pursuant to 7 NYCRR 305.4 (e)(5), I have reviewed the relevant facts pertaining to the order that you will remain in restraints in the exercise area. I have approved [✓] disapproved [ ] the determination that you remain in restraints in the exercise area for the duration of this restraint order for the following reason(s): _Your BEHAVIOR POSES A THREAT TO THE SAFE RUNNING ORDER OF THE FACILITY_

_____ , Superintendent      Date _5/20/20_

Distribution:  White - Superintendent,  Canary - DSS,  Pink - SHU Sergeant/Housing Unit,  Goldenrod - Inmate

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

FORM 2186 RENEWAL (7/11)
REF 7 NYCRR 305.4

_____Fishkill_____ _____Correctional Facility

# RESTRAINT ORDER RENEWAL

**RECOMMENDATION**

I recommend that inmate _____Brown, Malik_____ , DIN # _____16A1000_____ be continued

under a restraint order from 5/21/20 to 5/27/20 because of the following reasons:

Inmate Brown has cronic violent conduct history. Cronic disciplinary history.

The restraint order was originally authorized from _____5/7/2020_____ to _____5/13/2020_____

I recommend [ x ] do not recommend [ ] that this inmate be required to remain in restraints in the exercise

area in accordance with 7 NYCRR 305.4(e)(5). (If recommended, state reasons.)

Due to the COVID-19 pandemic our SHU-200 is being occupied by Positive tested Inmates, Inmate Brown is a SHU

Inmate being housed on a Keep Lock unit.

_____J. PALLONE_____ , Sergeant Date _____5-25-20_____

**RENEWAL AUTHORIZATION**

Restraint Order Renewal Approved [✓] Restraints in exercise area Approved [✓]*

Disapproved [ ] Disapproved [ ]

Reason for approval / disapproval :

Inmate was involved in an act of violence while in KL.
As result inmate received 120 days SHU. Due to the COVID-19
Crisis inmate is being housed in KL / poses a threat to security

Type(s) of restraints to be used / manner of application:

Out of cell handcuffs / Waist Chain during recreation

_____AAB Walker_____ , Deputy Superintendent Date 5/26/20
for Security Services

*NOTE: A determination that you are required to remain in restraints in the exercise area will expire three days after the
date        of this authorization unless approved below by the Superintendent or Acting Superintendent.

NOTICE TO INMATE: You may write to the Deputy Superintendent for Security or his/her designee to make a statement
as to the need for continuing this restraint order.

**SUPERINTENDENT REVIEW**

Pursuant to 7 NYCRR 305.4 (e)(5), I have reviewed the relevant facts pertaining to the order that you will remain in restraints
the exercise area. I have approved [✓] disapproved [ ] the determination that you remain in restraints in the exercise
area for the duration of this restraint order for the following reason(s):

You ARE SERVING SHU CONFINEMENT SANCTIONS IN A KEEPLOCK
YOUR UNIT. You HAVE A CRONIC HISTORY OF VIOLENT BEHAVIOR.

_____ , Superintendent Date 5/27/2020

Distribution: White - Superintendent, Canary - DSS, Pink - SHU Sergeant/Housing Unit, Goldenrod - Inmate

FORM 2186R RENEWAL (3/17)
REF: 7 NYCRR 305.4

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

FISHKILL _____ Correctional Facility

## RESTRAINT ORDER RENEWAL

**RECOMMENDATION**

I recommend that inmate ___ Brown, Malik ___, DIN ___ 16A1000 ___

be continued under a restraint order from ___ 05/2820 ___ to ___ 06/03/20 ___ because of the following reasons:

___ Inmate has a history of violent conduct ___ Inmate has chronic disciplinary history.

The restraint order was originally authorized from ___ ? ___ to ___ ? ___

I recommend ☑ do not recommend ☐ that this inmate be required to remain in restraints in the exercise area in accordance with 7 NYCRR 305.4(e)(5). (If recommended, state reasons.)

___ Due to COVID-19 Pandemic, our Shu 200 is being occupied by positive tested inmates.

___ Inmate Brown is an SHU inmate being housed on a keep lock unit.

T. Norcon _____ Sergeant   Date 5/18/20

**RENEWAL AUTHORIZATION**

Restraint Order Renewal Approved ☑    Restraints in exercise area Approved ☑
Disapproved ☐    Disapproved ☐

Reason for approval/disapproval: *(handwritten, illegible)*

Type(s) of restraints to be used/manner of application: *(handwritten, illegible)*

_____ Superintendent   Date 5/28/20

*NOT Super Intendent*

*NOTE: A determination that you are required to remain in restraints in the exercise area will expire three days after the date of this authorization unless approved below by the Superintendent or Acting Superintendent.

NOTICE TO INMATE: You may write to the Deputy Superintendent for Security or his/her designee to make a statement as to the need for continuing this restraint order.

**SUPERINTENDENT REVIEW**

Pursuant to 7 NYCRR 305.4(e)(5), I have reviewed the relevant facts pertaining to the order that you will remain in restraints in the exercise area. I have approved ☑ disapproved ☐ the determination that you remain in restraints in the exercise area for the duration of this restraint order renewal for the following reason(s):

Disciplinary history and confirmation of above comments

C. Alcocer ASupt _____ Superintendent   Date 06/01/20

Distribution: White - Supt. Canary - DSS, Pink - SHU Sergeant/Housing Unit, Goldenrod - Inmate

