UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIK L. BROWN,

          Plaintiff,

-against-

          Case No. 21 CV 214 (CS)

STEPHEN URBANSKI;

          Defendants,

**MOTION FOR THE APPOINTMENT OF COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Rule 1915 of the Federal Rules of Civil Procedure Plaintiff, (MALIK L. BROWN) request this court to appoint counsel to represent him in this case for the following reasons.

1. Plaintiff is unable to afford counsel.

2. The issues of this case are complex and need the in and output of expertise.

3. Plaintiff is limited to law library access due to set schedules and overcrowding out of 5 law library slips he may get called once.

4. Over three weeks ago, Plaintiff reached out to numerous attorneys, Marcia King, Ann Ferrari, Yuriy Pereyaslavskiy asking them to handle my case I have not heard any positive response or response at all from any of them.

5. The Plaintiff has limited knowledge of the law.

WHEREFORE, this Honorable Court should appoint counsel to represent the plaintiff.

[Dated]: October 6th, 2022

M. Brown

MALIK L BROWN
FIVE POINTS CORRECTIONAL FACILITY
Caller Box 119, State Rte 96
ROMULUS, NY 14541


CC: FILE || Brown 16A1000

