UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIK L. BROWN,
　　　　　　　　Plaintiff
-against-
STEPHEN URBANSKI;
　　　　　　　Defendants,

MOTION TO COMPEL Disclosure

CASE NO: 21-CV-214(CS)

RECEIVED NOV 18 2022 PRO SE OFFICE

Please Take notice that pursuant to Rules 37 and as Required by Rule 26(a) of the Federal Rules of Civil Procedure Defendants, in the above titled action thru counsel (AAG) Andrew BIANCATO have not by the courts order make an attempt or give an decisive answer in regards to the footage instead documents produced by plaintiff which res already have thru discovery has been requested as if it was never received I am not sending something already sent and I move for counsel to produce as the court ordered.

DATED NOV. 14, 2022
M. Brown
Malik Brown
ce e FILE// Brown

RECEIVED NOV 18 2022 U.S.D.C. W.P.

From: MALIK L BROWN Pro Se
FIVE POINTS CORRECTIONAL FACILITY
Caller Box 400
State Rte 96
Romulus, NY 14541

I directed the AG to see if the footage of the neighboring yard existed and to provide it to Plaintiff if so. If the AG has not already done so, it shall immediately undertake a search for the footage, and advise no later than 12/7/22 as to the results.

SO ORDERED.

*Cathy Seibel*   11/23/22
CATHY SEIBEL, U.S.D.J.

