UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

MALIK L. BROWN,                                              :
                                                             :
                                      Plaintiff,             :
                                                             :
                     - against -                             :     Case No. 21 Civ. 214 (CS)
                                                             :
STEPHEN URBANSKI, JOSEPH DEACON, and MARK     :     **NOTICE OF MOTION**
DELBIANCO,                                                   :
                                                             :
                                      Defendants.            :
-------------------------------------------------------------------- :
                                                             :
                                                             X

     **PLEASE TAKE NOTICE** that, upon the motion filed herein, the accompanying

memorandum of law, and all other pleadings and papers filed herein, defendants Deputy

Superintendent of Security Stephen Urbanski, Correction Sergeant Joseph Deacon, and Correction

Officer Mark DelBianco ("Defendants"), by their attorney, Letitia James, Attorney General, State

of New York, will move this Court before the Honorable Cathy Seibel, United States District

Judge, at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, for

an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting the Defendants

summary judgment and dismissing the Amended Complaint in its entirety, and for such other and

further relief as this Court deems just and proper.

Dated: New York, New York
      December 30, 2022

                      Respectfully submitted,
                      LETITIA JAMES
                      Attorney General
                      State of New York
                      <u>Attorney for Defendants</u>
                      By:

                      <u>*/s/ Andrew Blancato*</u>
                      Andrew Blancato
                      Assistant Attorney General
                      28 Liberty Street, 18th Floor
                      New York, New York 10005
                      212-416-6359
                      Andrew.Blancato@ag.ny.gov