UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Brown,

       Plaintiff(s),

   -against –

Urbanski et al,

       Defendant(s).
-------------------------------------------------------------X

**O R D E R**

7:21-CV-00214 (CS)

<u>Seibel, J.</u>

  It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

  **SO ORDERED**.

Dated: September 26, 2023
   White Plains, New York

                _____
                CATHY SEIBEL, U.S.D.J.